# <u>Exhibit I</u>

## *To Plaintiffs' Complaint for Injunctive and Declaratory Relief*



**ENERGY, INSTALLATIONS, AND ENVIRONMENT**

**OFFICE OF THE ASSISTANT SECRETARY OF WAR**
3400 DEFENSE PENTAGON
WASHINGTON, DC  20301-3400

April 9, 2026

Declan Flanagan
Nova Clean Energy
Fort Stockton, TX

SUBJECT: Notice of Updated Siting Clearinghouse Review Process

RE: Midnight Energy Center Project

Dear Mr. Flanagan,

Thank you for your continued interest in working to support the Department of War (DoW or the Department) and America's energy security. This letter is to formally notify you that the DoW—through our Military Aviation and Installation Assurance Siting Clearinghouse (SCH) —is actively working to ensure your project's compatibility with the national security of the United States and with the processes established in Section 183a of title 10, United States Code (U.S.C.) and the corresponding regulations set forth in Code of Federal Regulations (C.F.R.) Part 211.

Due to this complexity and the significance of the national security considerations involved, Congress directed the Department to establish the SCH and to develop a comprehensive review strategy for addressing the military impacts for projects filed with the Secretary of Transportation pursuant to Section 44718 of title 49 U.S.C.  As you are aware, the SCH process is lengthy and requires significant intra-agency coordination, as well as interagency coordination.  DoW's role in evaluating energy development proposals, particularly wind turbines, is inherently complex and time-consuming because it involves balancing two critical, and sometimes competing, interests: (1) developing energy sources, (2) while ensuring military operations and readiness are not degraded or impaired to the extent an unacceptable risk to national security is created.  Energy projects such as wind turbines and related electric power transmission infrastructure have the inherent potential to adversely impact or impair military testing, training and operations.

On March 6, 2025, you were issued a Notice of Presumed Risk, and your project application was submitted for intra-agency review by the SCH and other responsible DoW Components.  DoW is continuing to conduct a comprehensive review to ensure continued compliance with statutory and regulatory requirements, including Part 211 of 32 C.F.R.  During review of your application and others, the Department determined that further interagency coordination is required to ensure the comprehensive national security review is conducted in a manner consistent with evolving risks to the activities of DoW.  Therefore, the SCH is taking steps to ensure the Department's formal review of proposed projects is sufficient to address modern military risks.

Further review of your proposed project, including coordination with the appropriate personnel at the Department of Homeland Security and the Federal Aviation Administration will be conducted as soon as feasible to ensure that the Department can meet its requirement to inform the Secretary of Transportation if the Deputy Secretary of War determines a proposed energy project presents an unacceptable risk to the national security of the United States. As you are likely aware, the Government was shut down from October 1, 2025, to November 12, 2025, which resulted in the furlough of SCH personnel and a delay in our review of applications as well as the necessary further analysis in light of the scope, duration and level of risk presented by recent developments.

The Department appreciates your continued collaboration throughout this review and your commitment to ensuring that your project does not present an unacceptable risk to the national security of the United States. The Department intends to complete this review efficiently without compromising the integrity of the review.

For any questions regarding the Clearinghouse, please contact me directly at robert.e.thompson11.civ@mail.mil.

Sincerely,


Robert E. Thompson
PTDO Assistant Secretary of War
(Energy, Installations and Environment)