THE HONORABLE YOULEE YIM YOU

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

RENEWABLE NORTHWEST; ADVANCED
POWER ALLIANCE; ALLIANCE FOR CLEAN
ENERGY NEW YORK, INC.; CLEAN GRID
ALLIANCE; GREEN ENERGY CONSUMERS
ALLIANCE; INTERWEST ENERGY
ALLIANCE; MAINE RENEWABLE ENERGY
ASSOCIATION; RENEW NORTHEAST; and
SOUTHERN RENEWABLE ENERGY
ASSOCIATION,

                          *Plaintiffs*,

             v.

PETER B. HEGSETH., in his official capacity as
Secretary of Defense; DALE R. MARKS, in his
official capacity as Assistant Secretary of
Defense for Energy, Installations, and
Environment; U.S. DEPARTMENT OF
DEFENSE; and DEPARTMENT OF DEFENSE
MILITARY AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

                          *Defendants*.

Case No. 3:26-cv-01092-YY

**NOTICE OF APPEARANCE OF
JAIMINI PAREKH**

TO:          CLERK OF THE COURT

AND TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jaimini Parekh hereby enters her appearance in the above-entitled matter for [Proposed] Amicus Curiae Sierra Club, and requests that notice of any and all further action be served her at the email address stated below.

Jaimini Parekh
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 701-7613
jparekh@earthjustice.org

       Respectfully submitted this 17th day of June, 2026.

*/s/ Jaimini Parekh*
JAIMINI PAREKH
(OSB #226337)
jparekh@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1831
(206) 701-7613

*Attorneys for [Proposed] Amicus Curiae Sierra Club*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed the foregoing Notice of

Appearance with the Clerk of the Court using the CM/ECF system, which will send notification

of this filing to the attorneys of record and all registered participants.

/s/ Jaimini Parekh

JAIMINI PAREKH
(OSB #226337)
jparekh@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1831
(206) 701-7613

*Attorneys for [Proposed] Amicus Curiae
Sierra Club*

3