Jaimini Parekh
Oregon Bar No. 226337
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Phone: (206) 701-7613
Email: jparekh@earthjustice.org

*Counsel for Sierra Club*

Jolie McLaughlin
(*pro hac vice forthcoming*)
Natural Resources Defense Council
20 North Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 847-6826
Email: jmclaughlin@nrdc.org

*Counsel for Citizens Campaign for the
Environment et al.*

[Additional counsel listed on following page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| RENEWABLE NORTHWEST; ADVANCED POWER ALLIANCE; ALLIANCE FOR CLEAN ENERGY NEW YORK, INC.; CLEAN GRID ALLIANCE; GREEN ENERGY CONSUMERS ALLIANCE; INTERWEST ENERGY ALLIANCE; MAINE RENEWABLE ENERGY ASSOCIATION; RENEW NORTHEAST; and SOUTHERN RENEWABLE ENERGY ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> PETER B. HEGSETH, in his official capacity as Secretary of Defense; DALE R. MARKS, in his official capacity as Assistant Secretary of Defense for Energy, Installations, and Environment; U.S. DEPARTMENT OF DEFENSE; and DEPARTMENT OF DEFENSE MILITARY | Case No. 3:26-cv-01092 <br><br> **DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL ORGANIZATIONS'** *AMICUS CURIAE* **BRIEF** |

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL
ORGANIZATIONS' AMICUS CURIAE BRIEF

AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

*Defendants.*

Natasha Brunstein
(*pro hac vice forthcoming*)
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Phone: (212) 727-2700
Email: nbrunstein@nrdc.org

Julia K. Forgie
(*pro hac vice forthcoming*)
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Phone: (301) 434-2300
Email: jforgie@nrdc.org

*Counsel for Citizens Campaign for
the Environment et al.*

Francis W. Sturges, Jr.
(*pro hac vice forthcoming*)
Danielle C. Fidler
(*pro hac vice forthcoming*)
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
fsturges@catf.us
dfidler@catf.us

*Counsel for Clean Air Task Force*

Amanda Lineberry
(*pro hac vice pending*)
Earthjustice
1250 I Street NW
Washington, DC 20001
Phone: (202) 797-5257
Email: alineberry@earthjustice.org

Joshua A. Berman
(*pro hac vice forthcoming*)
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
Phone: (202) 650-6062
Email: josh.berman@sierraclub.org

*Counsel for Sierra Club*

Phelps Turner
(*pro hac vice forthcoming*)
Environmental Defense Fund
257 Park Avenue South
New York, NY 10010
Phone: (212) 624-8846
Email: pturner@edf.org

*Counsel for Environmental Defense
Fund*

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL
ORGANIZATIONS' AMICUS CURIAE BRIEF

**DECLARATION OF AMANDA LEVIN**

I, Amanda Levin, hereby state and declare as follows:

1.      I am the Director of Policy Analysis in the Science Office of the Natural Resources Defense Council (NRDC). I first joined NRDC in 2014 as a Policy Analyst. I assumed my current role in 2021. I am over the age of eighteen, and I make this declaration based upon my personal knowledge. If called upon to testify about the contents of this declaration, I could and would competently do so.

2.      As Director of Policy Analysis, I oversee NRDC's analytical portfolio to support the organization's work on energy-related issues at the local, state, regional, and federal level. As part of my role, I work to analyze, model, and understand the energy, economic, and health impacts of federal administrative and legislative actions and have had multiple scientific studies published in peer-reviewed journals. I also have provided written and oral testimony to state regulatory and legislative bodies, including utility commissions and environmental/air quality agencies. I have a bachelor's degree and a master's degree in Public Policy from Stanford University, with a focus on environmental and energy policy. A copy of my Curriculum Vitae is attached as Appendix A.

3.      I submit this declaration in support of the NRDC et al.'s amici curiae brief in support of Plaintiffs' Motion for Stay or Preliminary Injunction in the above-captioned case.

4.      I was asked to analyze the likely impacts of the Department of Defense (DoD) policy challenged in this case, which has created an effective blockade on new onshore wind development in the United States, on power sector emissions over the next five years. This assessment was designed to capture the foreseeable impacts from wind projects currently stalled

due to DoD's policy, as well as projects currently in pre-permitting stages that will likely be affected by the DoD policy in the near-term.

5.     It is my understanding that DoD has halted all review activities for wind projects under 49 U.S.C. § 44718, which has prevented the Federal Aviation Administration (FAA) from completing aeronautical studies, and where warranted, issuing "no hazard" determinations for new wind projects. It is also my understanding that the FAA's "no hazard" determinations are necessary to satisfy several pre-project requirements, and, as a result, wind projects are unlikely to move forward without an FAA "no hazard" determination.

### Summary of Analysis

6.     This declaration describes my analysis of four types of near-term impacts from DoD's policy: (1) the amount of electricity generation from onshore wind projects that will be delayed or lost; (2) the associated increase in carbon dioxide ($CO_2$) emissions through 2031; (3) the associated increase in sulfur dioxide ($SO_2$) emissions through 2031; and (4) the associated increase in nitrogen oxide ($NO_x$) emissions through 2031. For my analysis of harms, I focused on just the next five years (2027 – 2031). This is a conservative approach, meaning that my analysis underestimates the likely impacts of DoD's policy. The average power plant takes over 4.5 years to develop.[1] Some of the projects identified as affected or likely to be affected by the DoD policy in this analysis already have anticipated online dates of 2031 or 2032. If the DoD policy continues through the end of this administration, it could mean that projects caught up in this halted process may not be online until the mid-2030s given the additional delay from the DoD policy and the development timelines for these projects – it is also possible that projects get

---

[1] Rand et. al., *Queued Up: 2025 Edition – Characteristics of Power Plants Seeking Transmission Interconnection as of the End of 2024* at 47, 49 (Dec. 2025), https://emp.lbl.gov/sites/default/files/2025-12/Queued%20Up%202025%20Edition%20-%2012.15.2025.pdf.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL     2
ORGANIZATIONS' AMICUS CURIAE BRIEF

cancelled due to the delay caused by the DoD policy, which would also extend the impacts of DoD's policy far beyond 2031.

7. To conduct my analysis, I first identified known onshore wind projects that are stalled or likely to be stalled by the DoD policy given their current project development and permitting status, and their anticipated commercial operation date (COD). The database of onshore wind projects I used for this analysis (S&P Capital IQ Pro's Power Project Screener) tracks power plant projects in the United States once a project has entered the interconnection queue and has either released a public announcement or begun the process to obtain any necessary approvals from local, state, and/or federal agencies to build.[2] The database provides project-level details on the current development and permitting status for projects and is updated weekly.

8. By constraining my analysis to only projects identified as not yet having begun the permitting process (i.e., having entered the interconnection queue and made a public announcement, but not yet taken any action to obtain permitting approvals) or having sought, but not yet received, permitting approvals, I am capturing only the onshore wind projects that are most likely to be affected by the DoD policy in the form of delays and potential cancellations as they should not yet have completed the DoD review process nor received a determination of "No Hazard."

9. Once I had identified the projects most likely to be affected by DoD's policy, I estimated the annual electricity generation that is expected to be produced by these affected projects for each year from 2027 through 2031 (next five years). These estimates were based on the actual, average capacity factors of operating utility-scale wind farms built in the last five

---

[2] Further detail on S&P Capital IQ Pro is included later in this declaration, with additional documentation provided in Appendix B.

years in the same state or subregion, meaning that the assumed performance of these affected projects was based on the real-world performance of recent utility-scale wind projects built in the same geographic area. Annual capacity factors are tabulated as a percentage reflecting how much electricity a power plant produces over the year compared to its maximum rated output over the same period; wind power is an intermittent renewable resource with an average capacity factor between 34% and 37.5%, though individual projects can have capacity factors ranging from around 5% to almost 60% based on location and quality of the wind resource, age, and hub height.[3]

10.    With projected annual generation from affected projects for each year between 2027 and 2031, I was able to estimate annual emissions impacts for $CO_2$, $SO_2$, and $NO_x$ in each state from the lost/delayed wind generation due to the DoD policy. To do so, I used publicly reported state-level marginal emission rates from the U.S. Environmental Protection Agency (EPA). Marginal emission rates reflect the emissions associated with marginal power plants – or the power plants that would be the first to ramp up or down if the supply from wind power went down or up. For this analysis, I assume that any lost/delayed generation is replaced with power from existing marginal power plants, consistent with the EPA's own documentation around how to use marginal emission rates.[4]

11.    Finally, I estimated certain health incidence impacts (premature mortality, emergency room visits, and hospital admissions) and the monetized costs of the additional $NO_x$ and $SO_2$ emissions caused by the DoD policy. These estimates were based on the publicly

---

[3] *See* Wiser et. al., *Land-Based Wind Energy Technology Data Update - Figure File: 2025 Edition* 43-46 (Aug. 2025), https://emp.lbl.gov/sites/default/files/2025-08/FIGURE%20FILE_Land-Based%20Wind%20Energy%20Technology%20Update_2025%20Edition.pdf.

[4] U.S. Env't Prot. Agency (EPA), *The Emissions & Generation Resource Integrated Database: eGRID Technical Guide with Year 2023 Data*, at 20–21 (Jan. 2025), https://www.epa.gov/system/files/documents/2025-01/egrid2023_technical_guide.pdf. eGRID uses the term "nonbaseload emission rate" to refer to marginal emission rates.

available incidence-per-ton and benefit-per-ton estimates for $NO_x$ and $SO_2$ developed by the EPA. It is important to note that this is just a subset of the likely public health impacts of the DoD policy and, thus, an underestimate of harms in even the near-term. Fossil-fuel-fired power plants also release other health-harming pollutants, like mercury, arsenic, and other heavy metals, and directly-emitted fine particulate matter, but these pollutants were not quantified for this analysis due to insufficient data on emission rates and quantified benefit-per-ton and incident-per-ton values. I also estimated the monetized damages caused by increased greenhouse gas emissions using the social cost of $CO_2$ released by the U.S. EPA in November 2023.

12.     My analysis finds that around 46,860 megawatts (MW) of planned onshore wind projects in the development queue today are likely to be impacted by the DoD policy. This includes around 30,260 MW of projects that have begun the permitting process. It also includes 16,600 MW of announced projects with known planned COD dates that have not yet begun the permitting process, and thus, would likely be affected by the DoD policy as they move forward in the future.

13.     In total, these projects would produce an estimated 571,263 gigawatt-hours (GWh) of electricity between 2027 and 2031 if they entered service as the project developers had anticipated. Replacing this generation from delayed/lost wind projects would result in an estimated additional 414.2 million short tons of $CO_2$; 235,611 short tons of $SO_2$; and 316,645 short tons of $NO_x$ from the U.S. power sector through 2031. This is equal to around 25% of the power sector's annual $CO_2$ emissions, 33% of its annual $SO_2$ emissions, and 44% of its annual $NO_x$ emissions.[5]

---

[5] U.S. EPA, *Clean Air Markets Program Data for 2025*, pulled from EPA's Custom Data Download Query Tool, available at https://campd.epa.gov/data/custom-data-download (last visited June 17, 2026).

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    5
ORGANIZATIONS' AMICUS CURIAE BRIEF

14.    This extra $NO_x$ and $SO_2$ pollution would result in an estimated 3,606 to 4,900 premature deaths and 7,588 emergency room visits and hospital admissions in the United States over the same period, for a total monetized public health cost of $46.6 - $63.7 billion (2025$). The estimated monetized climate cost from the additional $CO_2$ emissions totals $106.6 billion (2025$) through 2031. A high-level summary of these cumulative impacts, in total and by permitting stage, is shown below in Table 1.

*Table 1. National Cumulative Results*

| | Cumulative Impacts (2027 - 2031) | | |
|---|---|---|---|
| National Results | Pre-Permitting | Begun Permitting | Total |
| Lost/Delayed Wind Generation (GWh) | 165,258 | 406,005 | **571,263** |
| Additional CO2 Emissions (Short Tons) | 122,256,531 | 291,988,286 | **414,244,817** |
| Additional SO2 Emissions (Short Tons) | 49,581 | 186,030 | **235,611** |
| Additional NOx Emissions (Short Tons) | 97,696 | 218,950 | **316,645** |
| Premature Mortality (Low End) | 977 | 2,629 | **3,606** |
| Premature Mortality (High End) | 1,277 | 3,623 | **4,900** |
| ER Visits and Hospital Admissions | 2,023 | 5,565 | **7,588** |
| Monetized Health Cost (Low; 2025$) | $12,708,000,000 | $33,923,000,000 | **$46,631,000,000** |
| Monetized Health Cost (High; 2025$) | $16,664,000,000 | $46,993,000,000 | **$63,657,000,000** |
| Monetized Climate Costs (2025$) | $31,574,000,000 | $74,992,000,000 | **$106,566,000,000** |

*Note: Column values may not sum to totals because of rounding.*

### *Data Sources*

15.    To conduct my analysis, I used power plant data from the Standard & Poor's (S&P) Capital IQ Pro service. S&P Capital IQ Pro is a subscription-based data service that provides the most comprehensive, commercially available data on all operating and planned U.S. power plants over 1 MW in size.[6] S&P Capital IQ Pro compiles power plant data from three broad categories of sources: (1) federal regulatory agencies like the U.S. EPA, Federal Energy Regulatory Commission (FERC), U.S. Energy Information Administration (EIA), and state

---

[6] S&P Global Market Intelligence, *S&P Capital IQ Pro: Global Energy & Utilities*, https://www.spglobal.com/market-intelligence/en/solutions/products/resources/capital-iq-pro-energy (last visited June 15, 2026). Additional detail on the U.S. power sector data included in the S&P Capital IQ Pro service can be found here: https://pages.marketintelligence.spglobal.com/7463-WS-2504-GL-EN-DR-CIQPro-ESGS-GlobalEnergyWebsite_4-US-Energy-Industry-Research---demo-request.html.

agencies like public utility commissions (PUCs); (2) company materials; and (3) project

materials.[7] In total, S&P provides plant-specific data on over 450 different metrics. Information

is continuously monitored and updated by S&P staff weekly through website tracking, document

checking, and direct communication with key project players.[8] S&P Capital IQ Pro is

"commonly used by investment professionals, equity analysts, credit analysts, investment

bankers, and other financial experts to make informed decisions about investments, risk

assessment, and strategic planning."[9]

16.    S&P Capital IQ Pro tracks extensive project information for power projects in

development. It does not, however, include all projects that have been listed in interconnection

queues in the U.S. Many of the projects that are listed in the interconnection queue will never be

built: of the projects entering the queue between 2000 and 2019, 77% have been withdrawn, 10%

are still active, and only 13% have reached commercial operations.[10] S&P's methodology

excludes the projects in the interconnection queues that are the most speculative and least likely

to reach commercial operation, and only begins tracking power projects once they have a public

announcement or permitting action, in addition to having entered the interconnection queue.[11]

Using S&P Capital IQ Pro's more tailored data set, rather than the full interconnection queue,

narrows the universe of projects that I considered in my analysis as likely affected or to be

affected by DoD's policy.

17.    I used S&P Capital IQ Pro's project database screener to compile a list of U.S.

onshore wind projects in pre-construction development as of June 3, 2026. I limited my analysis

---

[7] See Appendix B for additional detail on S&P's power project database.
[8] See Appendix B for additional detail on S&P's power project database.
[9] New York Univ. Libraries, *Research Guide: S&P Capital IQ*, https://guides.nyu.edu/capital-iq (last visited June 11, 2026).
[10] Rand, *supra* note 1, at 31.
[11] See Appendix B for additional detail on S&P's power project database.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL          7
ORGANIZATIONS' AMICUS CURIAE BRIEF

to only projects not yet under construction as my understanding is that FAA determinations of "No Hazard" are practically necessary to begin project construction, and thus, any project that has already begun construction on-site should have a final determination and not be affected by the DoD policy. The project information I reviewed for each project for my analysis included:

a. **Project description**: Plant name, nameplate capacity, location (dispatching Independent System Operator (ISO), ISO zonal location, North American Electric Reliability Corporation subregion, interconnected utility company, state, zip code, and coordinates), technology, and fuel type.

b. **Project timeline and process**: Planned online year, last active stage (announced, early development, advanced development); date project first tracked by S&P; status of any local, state, federal, or environmental permits.

18.    The S&P project data that I pulled included a total of 309 different utility-scale wind power projects in various stages of development. Together, these 309 projects represented a total of 133.0 gigawatts (GW) of installed nameplate capacity.

19.    I also used S&P's Capital IQ Pro database to compile a list of all operating wind power plants in the U.S. and their recent operating performance. This compiled data was used to develop capacity factor assumptions to estimate lost/delayed generation from projects likely affected by DoD's policy. This included facility-level details on:

a. **Plant Details**: Plant name, nameplate capacity, location (dispatching ISO, ISO zonal location, North American Electric Reliability Council (NERC) subregion, interconnected utility company, state, zip code, and coordinates), technology, fuel type, operating status, year capacity first added, year capacity last added, and announced retirement date.

b. **Operational**: Actual reported net generation and annual capacity factors for years 2021, 2022, 2023, 2024, and 2025.

20.    To quantify the emissions impacts of lost/delayed wind energy generation due to DoD's policy, I relied on several U.S. EPA data sources. The first data set was U.S. EPA's Emission & Generation Resource Integrated Database (eGRID), which is a comprehensive source of data that includes environmental characteristics of almost all electricity power generated in the U.S. and has been regularly updated since 1998.[12] eGRID uses unit-specific data reported to the U.S. government to develop annual values for net electric generation, resource mix, nameplate capacity, heat input, and absolute emissions and emission rates for various pollutants ($CO_2$, $NO_x$, $SO_2$, methane ($CH_4$), and nitrous oxide ($N_2O$)) at different geographic levels: at the unit, generator, plant, state, balancing authority, eGRID subregion, NERC region, and nationwide.[13] eGRID has been used by the U.S. EPA, other federal agencies (like the Department of Energy national labs), state and local governments (like Maryland, Pennsylvania, and New Jersey), grid operators (like ISO New England and PJM Interconnection), and emission accounting programs (like the Greenhouse Gas Protocol Initiative and California's Mandatory GHG emissions reporting program) to determine indirect emissions from electricity purchases and avoided grid emissions from efficiency and renewable programs, to track air emissions, and/or to track renewable energy credits.[14]

21.    eGRID includes a few different emission rate metrics, including (i) output (lb/MWh) and input (lb/MMBtu) emission rates, derived based on total annual input or output of

---

[12] U.S. EPA, *Emissions & Generation Resource Integrated Database (eGRID)*, https://www.epa.gov/egrid, (last visited June 15, 2026).
[13] U.S. EPA, *The Emissions & Generation Resource Integrated Database: eGRID Technical Guide with Year 2023 Data*, *supra* note 4, at 1.
[14] *Id.* at 4–6.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    9
ORGANIZATIONS' AMICUS CURIAE BRIEF

all energy fuel types, (ii) input and output rates by fuel type for fossil fuels (coal, gas, oil, fossil fuel), (iii) combustion output emission rates (excludes non-combustion sources, like nuclear, hydro, geothermal, solar, and wind), and (iv) nonbaseload output emission rates. For the purposes of this analysis, I used the nonbaseload output emission rates provided at the state level. These nonbaseload emission rates are representative of "marginal emission rates," or the emissions per megawatt-hour (MWh) associated with the marginal power plants in the region— i.e., the power plants that are called to ramp up or down operations when electricity needs change. The benefits of using marginal, rather than average, emission rate factors to analyze the impact from policies affecting the uptake of efficiency and renewable energy technologies are well-documented.[15] Renewable technologies, like wind, have almost no operating costs once built (i.e., a near-zero marginal price) and thus bid into markets at very low or zero prices, meaning that they accept any market price and are dispatched first when available, directly reducing the need to dispatch marginal (usually fossil-fired) generators.[16] eGRID's technical guide itself notes that "nonbaseload emission rates are sometimes used as an estimate to determine the emissions that could be avoided through projects that displace marginal fossil fuel generation, such as energy efficiency and/or renewable energy."[17]

22.    The latest version of eGRID available at the time of this analysis was eGRID2023, released January 2025, which is the version used for my analysis to estimate the emissions impact from DoD's policy.

---

[15] *See , e.g.*, Rocky Mountain Inst. & WattTime, *On the Importance of Marginal Emissions Factors for Policy Analysis*, https://www.bloomenergy.com/wp-content/uploads/watttime_the_rocky_mountain_institute.pdf, (last visited June 15, 2026).

[16] *See* IEA Wind, *Electricity Market Impacts of Wind and Solar*, (Feb. 2025), https://iea-wind.org/wp-content/uploads/2025/02/Task25-FactS-Prices-February2025.pdf.

[17] U.S. EPA, *The Emissions & Generation Resource Integrated Database: eGRID Technical Guide with Year 2023 Data*, *supra* note 4, at 20.

23.     For estimating the health impacts from additional $SO_2$ and $NO_x$ emissions, I used EPA's "Sector-based PM2.5 and Ozone Benefit Per Ton Estimates," which provides benefit-per-ton and incidence-per-ton values of reducing directly emitted fine particulate matter ($PM_{2.5}$), $PM_{2.5}$ precursors ($SO_2$, $NO_x$, and ammonia ($NH_3$)), and ozone precursors ($NO_x$ and volatile organic compounds (VOCs)) for 21 different sectors.[18] These values are available at the state-level for electric generating units (EGUs, or power plant units) for the years 2025, 2030, 2035, and 2040 in separate data files posted to the EPA website.[19] The benefit-per-ton values include the monetized benefit of reducing these pollutants from power plants, with both a low and high value and at a 3% and 7% discount rate. The incidence-per-ton values reflect the benefit from avoided health incidences (outcomes), including: asthma symptoms, hospital admissions for respiratory diseases, hospital admissions for cardio/cerebro/peripheral vascular disease, emergency room visits, hay fever, lung cancer, cardiac arrest, stroke, lost school and work days, and premature mortality (including both a low and high per-ton value).

24.     Lastly, to determine the cost of additional $CO_2$ emissions, I used EPA's "Report on the Social Cost of Greenhouse Gases: Estimates Incorporating Recent Scientific Advances," published November 2023.[20] This report presented updated estimates of the social cost of carbon, social cost of methane ($CH_4$), and social cost of nitrous oxide ($N_2O$) that were based on "recent advances in the scientific literature on climate change and its economic impacts and incorporate recommendations made by the National Academies of Science."[21] The social cost of carbon

---

[18] U.S. EPA, *Sector-based PM2.5 and Ozone Benefit Per Ton Estimates* (March 25, 2026), https://www.epa.gov/benmap/sector-based-pm25-and-ozone-benefit-ton-estimates.

[19] Data files are available for download at U.S. EPA, *Index of /benmap/BPTs/archives/2023 BPTs*, https://gaftp.epa.gov/benmap/BPTs/archives/2023%20BPTs/, (last visited June 15, 2026).

[20] *See generally* U.S. EPA, *Report on the Social Cost of Greenhouse Gases: Estimates Incorporating Recent Scientific Advances* (Nov. 2023), https://www.epa.gov/system/files/documents/2023-12/epa_scghg_2023_report_final.pdf.

[21] *Id.* at 1.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL          11
ORGANIZATIONS' AMICUS CURIAE BRIEF

reflects the monetary value of (i.e., monetized) harm to society from emitting a ton of greenhouse gases, accounting for the value of future climate change impacts, including changes in agricultural productivity, changes in the frequency and severity of natural disasters, property damage, impact to human health, and the disruption of energy systems, among other impacts.

25.    Both the "Sector-Based PM2.5 and Ozone Benefit Per Ton Estimates" and the "Report on the Social Cost of Greenhouse Gases" have been used by the EPA to analyze the health and climate costs of regulatory actions that affect power sector emissions.[22]

### *Methodology for Identifying Wind Plants Affected or Likely to Be Affected*

26.    To conduct my analysis, I first identified the wind projects that were likely affected or to be affected by the challenged DoD policy. As discussed above, I used S&P Capital IQ Pro's database to do so.

27.    S&P Capital IQ Pro's data categorizes power projects into four distinct development stages: announced, early development, advanced development, and under construction. Each stage has an explicit definition:[23]

    a.    **Announced**: When a project is first reported publicly; a listing in an interconnection queue must be accompanied by some other public announcement or permitting action to qualify.

    b.    **Early Development**: When the permitting process has begun.

---

[22] *See, e.g.*, U.S. EPA, *Regulatory Impact Analysis for the New Source Performance Standards for Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions from Existing Fossil Fuel-Fired Electric Generating Units and Repeal of the Affordable Clean Energy Rule* 4-1 to 4-104 (Apr. 2024), https://www.regulations.gov/document/EPA-HQ-OAR-2023-0072-8913 (select "Download"), for a discussion of its benefit analysis, including how it used the same two sources to tabulate climate and health benefits from the rule.

[23] See Appendix B for additional detail on S&P's power project database.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    12
ORGANIZATIONS' AMICUS CURIAE BRIEF

c. **Advanced Development**: When at least two of five criteria have been achieved: financing in place, power purchase agreement signed, turbines secured, all permits approved, or contractor signed on to project.

d. **Under Construction:** Construction of actual facility has begun; site preparations do not qualify.

28. Because the vast majority of projects that were categorized as "advanced development" or "under construction" should have already passed the FAA/DoD process and would be unaffected by the challenged DoD policy, my analysis considered only projects in the first two development stages, representing projects at the start of permitting or in pre-permitting stages.

29. Next, I considered a project's known commercial operation (online) date. Not all projects in S&P's database have a listed anticipated online date. For the purposes of this analysis, I excluded all wind projects in announced or early development stages where the listed online date was "NA." When estimating the annual wind generation lost/delayed due to DoD's policy, an important part of the calculation was looking at when planned capacity was expected to begin operating. Because the wind project entries without a listed online date did not have this information available, I excluded them from my analysis due to missing information. This exclusion likely results in my analysis underestimating the impact of the DoD policy on planned wind additions, as I did not consider any generation changes, or the associated environmental and health impacts, from wind projects currently in development – and likely impacted by the DoD policy – for which S&P's database did not include an online date. With this online date restriction, I excluded around 14,800 MW of projects in early development and 15,300 MW of projects in the announced stage from my assessment.

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL ORGANIZATIONS' AMICUS CURIAE BRIEF                                          13

30.     With these two criteria – only looking at projects at the start of permitting or in pre-permitting stages and with a known online date – I was able to constrain S&P's project database to reflect projects that likely are or will be affected by the challenged DoD policy, given their development details. The resulting subset of projects includes 30,260 MW of onshore wind projects that have begun the permitting process, as well as another 16,600 MW of onshore wind projects that are in pre-permitting stages. Table 2 below shows the amount of capacity, by development stage and online date, included in my analysis. Given that these two buckets of projects would both be affected by the DoD policy if it continues, but are at different stages in the FAA/DoD process today, my assessment of the impacts of this DoD policy separates out the impact by category ("pre-permitting" and "begun permitting") and then also provides a cumulative, total impact for completeness. The category of projects that have "begun permitting" are those likely seeking or awaiting FAA/DoD review currently. The category of projects in "pre-permitting" are those that may not be currently awaiting FAA/DoD review but will likely seek FAA/DoD review in the near future.

*Table 2. Onshore wind capacity (in MW) identified as likely affected or to be affected by the DoD policy by online year and stage*

| Development Stage | Commercial Operation Date (COD) | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | |
| Pre-Permitting | 741 | 722 | 4,839 | 7,088 | 1,205 | | 2,000 | **16,594** |
| Begun Permitting | 3,575 | 10,775 | 9,663 | 4,147 | 1,500 | 600 | | **30,260** |
| **Total** | **4,316** | **11,496** | **14,502** | **11,235** | **2,705** | **600** | **2,000** | **46,854** |

*Note: Column values may not sum to totals because of rounding.*

31.     I reviewed the Declaration of Kurt Strunk submitted in support of plaintiffs' motion for stay or preliminary injunction on June 11, 2026. While the primary data sources we use and the scope of our respective analyses differ, our findings regarding the estimated onshore wind capacity already affected by DoD's policy are consistent with each other. My analysis finds

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    14
ORGANIZATIONS' AMICUS CURIAE BRIEF

an estimated 30.3 GW of onshore wind projects likely already affected by DoD's policy; Strunk's assessment finds approximately 29.6 GW of affected projects.

***Methodology for Assessing Lost or Delayed Wind Generation***

32.    Once I determined the wind projects that were likely affected or to be affected by the challenged DoD policy, the next step was to estimate the amount of generation, by year, that will be lost or delayed due to the DoD policy. To do this, I first sorted the identified wind projects into geographic categories based on both the state and NERC subregion that they were located in and their expected online year.

33.    NERC is a regulatory authority that works with federal, state, and provincial regulators in the United States, Canada, and parts of Mexico to develop and enforce reliability standards and monitor and assess risks to ensure grid reliability across North America.[24] There are six main NERC regional entities that are tasked with managing and assessing grid reliability for large areas of North America.[25] These six regions are further broken down into NERC subregions, which reflect physical constraints on the grid and the footprint of grid balancing authorities to more accurately represent how power moves and is consumed at a given location.[26]

34.    Many states are just in one NERC subregion, but several states are divided across different subregions (for example, western Wyoming is in the Northwest Power Pool, while central and eastern Wyoming are largely in the Rocky Mountain Power Area).[27] By separating out projects based on both the state and NERC subregion borders, I was able to more granularly assess the likely performance of identified wind projects. Capacity factors for existing U.S. wind

---

[24] N. Am. Elec. Reliability Council (NERC), "Who We Are," https://www.nerc.com/who-we-are (last visited June 15, 2026).

[25] *See* NERC, *Key Players*, https://www.nerc.com/who-we-are/key-players (last visited June 15, 2026).

[26] U.S. EPA, *Frequent Questions About eGRID*, https://www.epa.gov/egrid/frequent-questions-about-egrid#egrid6 (last visited June 15, 2026) (see questions 11 and 12).

[27] U.S. EPA, *Map of eGrid Subregions*, https://www.epa.gov/system/files/images/2024-05/egrid-subregion-map.png (last visited June 15, 2026).

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    15
ORGANIZATIONS' AMICUS CURIAE BRIEF

projects can vary substantially depending on location, age, and hub height.[28] My approach for this analysis takes into account both location and age to establish more accurate capacity factor estimates for likely affected or to-be-affected onshore wind projects.

35.    I performed the same geographic breakdown for S&P's database of operating wind power plants. I pulled the reported capacity factor for each operating onshore wind plant (i.e., each facility's annual average output, as a percentage of its maximum operating capacity) between 2021 and 2025. I used this data to determine the average capacity factor for operating wind power plants in 2025 by state and subregion, looking at facilities brought online between 2019-2024. By focusing on wind facilities built in the last several years, I calculated a capacity factor that reflects the performance of just the newer facilities in the area, which represents the best proxy for the likely performance of currently planned facilities. I excluded facilities that came online after 2024 to ensure that the reported capacity factors for 2025 reflected a full year of performance.

36.    At this point, I had both the amount of planned onshore wind capacity expected to be operating by year and the average performance (capacity factor) of recent wind builds by state and subregion. To estimate the amount of annual wind generation lost or delayed due to the DoD policy over the next five years, I multiplied the expected installed wind capacity (in MW) in each state/subregion in each year by the relevant state/subregion capacity factor and the number of hours in the year (8,760) to calculate the annual generation (in MWhs) that would have been produced by these affected sources in each year. For purposes of the analysis, I assumed that the DoD policy would remain in force through the end of this administration. The average power project takes 4.5 years from interconnection request to commercial operation.[29] Given this, I

---

[28] Wiser, *supra* note 3, at 43.
[29] Rand, *supra* note 1, at 47, 49.

assume that affected projects would be delayed until at least the end of 2031, if they were not cancelled completely after the DoD-driven delays. Thus, for the purposes of my calculations in this assessment, I assume that all potential generation that an affected project could have provided over the next five years is lost due to the DoD policy. With the near-term scope of my analysis, the estimated impacts do not change if a project is just delayed or ultimately cancelled, as in either case, the project would not be expected to be online within the timeframe studied. However, given the project timelines for energy projects, and the likelihood that at least a portion of affected projects would be cancelled if these DoD-driven delays persist, the five-year assessment should be considered a conservative estimate of impacts. It is likely that lost or delayed wind generation would have continued effects on the dispatch and emissions from marginal (fossil fuel) power plants beyond 2031, resulting in greater cumulative impacts than calculated in this analysis.

37.     Table 3 shows the resulting annual generation lost/delayed by the DoD policy by development stage and year at the national level.

*Table 3. Estimated lost or delayed generation from likely affected or to be affected onshore wind projects (in thousand MWhs) by year and stage*

| Development Stage | Generation (in thousand MWhs) | | | | | |
|---|---|---|---|---|---|---|
| | 2027 | 2028 | 2029 | 2030 | 2031 | Cumulative |
| Pre-Permitting | 4,899 | 21,689 | 43,405 | 47,632 | 47,632 | **165,258** |
| Begun Permitting | 46,316 | 77,577 | 90,119 | 94,930 | 97,063 | **406,005** |
| **Total** | **51,215** | **99,266** | **133,524** | **142,562** | **144,696** | **571,263** |

*Note: Column values may not sum to totals because of rounding.*

### *Methodology for Assessing Emissions Impacts*

38.     Once the annual generation from lost or delayed wind projects was established, I used EPA's eGRID emission factors to determine the associated emission impacts from having to replace this generation with other power generating resources. For this assessment, I used the latest nonbaseload emission factors (reported in pounds per MWh) from eGRID at the state-

level. As discussed earlier, these rates are designed to "be used to estimate the emissions that could be avoided through projects that displace marginal fossil fuel generation, such as energy efficiency efforts and/or renewable energy," or conversely, the emission increases seen if there is a loss of energy efficiency and/or renewable energy projects.[30]

39.    Using these state-level nonbaseload emission factors, I estimated the emissions impact from the MWh of lost/delayed generation by state and development stage for $CO_2$, $NO_x$, and $SO_2$ for each year. Table 4 below shows the annual increase in emissions for each pollutant due to the delay or loss of wind projects in the pre-permitting and begun permitting stages by pollutant type and year over the next five years.

*Table 4. Estimated emissions impact from lost or delayed generation by year and stage.*

| | Development Stage | Thousand *Short* Tons of Emissions | | | | | |
| | | 2027 | 2028 | 2029 | 2030 | 2031 | Cumulative |
|---|---|---|---|---|---|---|---|
| CO2 | Pre-Permitting | 4,104 | 17,906 | 31,478 | 34,384 | 34,384 | **122,257** |
| | Begun Permitting | 33,778 | 56,994 | 64,370 | 67,451 | 69,395 | **291,988** |
| | **Total** | **37,882** | **74,900** | **95,848** | **101,835** | **103,779** | **414,245** |
| SO2 | Pre-Permitting | 2.6 | 7.3 | 12.3 | 13.7 | 13.7 | **49.6** |
| | Begun Permitting | 20.0 | 36.5 | 41.6 | 43.6 | 44.3 | **186.0** |
| | **Total** | **22.6** | **43.8** | **54.0** | **57.3** | **58.0** | **235.6** |
| NOx | Pre-Permitting | 2.8 | 15.6 | 25.0 | 27.2 | 27.2 | **97.7** |
| | Begun Permitting | 24.9 | 41.4 | 48.5 | 50.8 | 53.3 | **218.9** |
| | **Total** | **27.7** | **57.0** | **73.5** | **77.9** | **80.5** | **316.6** |

*Note: Column values may not sum to totals because of rounding.*

### Methodology for Assessing Health and Climate Impacts

40.    Marginal generators are typically fossil-fuel power plants, like natural gas, coal, oil, and biomass power plants, and emit air pollutants that will have negative impacts on local air quality and visibility for communities in the state. All of these facilities also produce greenhouse

---

[30] U.S. EPA, *Frequent Questions About eGRID*, *supra* note 26 (see question 13).

gases, mainly carbon dioxide ($CO_2$), that contribute to climate change, which has additional effects on human health, public safety, and ecosystems.[31]

41. Natural gas combustion produces health-harming nitrogen oxides ($NO_x$), carbon monoxide (CO), volatile organic compounds (VOCs), trace amounts of sulfur dioxide ($SO_2$), and particulate matter (PM).[32] Coal-fired power plants produce $SO_2$, $NO_x$, PM, mercury and other heavy metals, and other coal combustion residuals like fly ash and bottom ash.[33] Oil-fired power plants produce $SO_2$, $NO_x$, mercury and other heavy metals, and fly ash.[34] Biomass-burning facilities, such as wood-fired boilers, mainly produce PM, but may also produce significant amounts of $NO_x$ depending on the type of biomass used.[35]

42. $NO_x$ damages the human respiratory system, resulting in the irritation of airways that can aggravate and contribute to respiratory diseases like asthma, as well as potentially increase susceptibility to respiratory infections.[36] There is a demonstrated link between $NO_x$ exposure and premature death, cardiopulmonary effects, intensified allergic responses, emergency room visits for asthma, and decreased lung function growth in children. Infants and children are at particular risk, as well as the elderly and adults with chronic respiratory

---

[31] U.S. Ctrs. for Disease Control & Prevention, *Effects of Climate Change on Health*, https://www.cdc.gov/climate-health/php/effects/index.html (last visited June 15, 2026); U.S. EIA, *Energy and the environment explained*, https://www.eia.gov/energyexplained/energy-and-the-environment/where-greenhouse-gases-come-from.php (last visited June 15, 2026).

[32] U.S. EPA, *1.4 Natural Gas Combustion*, available at https://www.epa.gov/sites/default/files/2020-09/documents/1.4_natural_gas_combustion.pdf.

[33] U.S. EIA, *Coal and the Environment*, https://www.eia.gov/energyexplained/coal/coal-and-the-environment.php (last visited June 15, 2026).

[34] Häsänen et al., *Emissions from power plants fueled by peat, coal, natural gas and oil*," 54 Sci. of the Total Env't 29, 29-51 (1986), available at https://doi.org/10.1016/0048-9697(86)90254-8; National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units Review of the Residual Risk and Technology Review, 80 Fed. Reg. 38508, 38509 (May 7, 2024).

[35] U.S. EPA, *1.6 Wood Residue Combustion in Boilers* § 1.6-2, available at https://www.epa.gov/system/files/documents/2022-03/c1s6_final_0.pdf.

[36] U.S. EPA, *Basic Information about NO₂*, https://www.epa.gov/no2-pollution/basic-information-about-no2, (last visited June 15, 2026).

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL ORGANIZATIONS' AMICUS CURIAE BRIEF

19

diseases.[37] $NO_x$ is also a contributor to ground-level ozone, acid rain, and haze, which can all affect local ecosystems and communities.[38] Ground-level ozone can damage and inflame airways, making the lungs more susceptible to infection and aggravating existing lung diseases, like asthma. Studies of locations with elevated concentrations of ozone have found associations between elevated ozone levels and deaths from respiratory causes. Ozone may also lead to increased school absences, medication use, and medical costs (e.g., visits to doctors and emergency rooms, hospital admissions).[39]

43.    $SO_2$ irritates the skin and mucous membranes of the eyes, nose, throat, and lungs. Like $NO_x$, it can cause inflammation and irritation of the respiratory system, making breathing more difficult, affecting lung function, worsening asthma symptoms, and worsening existing heart disease.[40] $SO_2$ also contributes to the formation of acid rain, haze, and smog pollution.[41]

44.    $SO_2$ and $NO_x$ combine to form fine particulate matter ($PM_{2.5}$) in the atmosphere, with $PM_{2.5}$ also produced at the smokestack of fossil-fuel-fired and biomass power plants as well. $PM_{2.5}$ affects both the lungs and heart and is linked to premature death due to heart and lung disease, nonfatal heart attacks, other heart conditions, aggravated asthma, decreased lung function, and other respiratory systems.[42]

45.    There are well-established ways to monetize these health harms and assess the impact on specific health outcomes from these pollutants emitted from power plants. The U.S.

---

[37] Cal. Air Resources Bd., *Nitrogen Dioxide & Health*, https://ww2.arb.ca.gov/resources/nitrogen-dioxide-and-health, (last visited June 15, 2026); EPA, *Basic Information about NO₂*, *supra* note 36.

[38] U.S. EPA, *Basic Information about NO₂*, *supra* note 36.

[39] U.S. EPA, *Health Effects of Ozone Pollution*, https://www.epa.gov/ground-level-ozone-pollution/health-effects-ozone-pollution (last visited June 15, 2026).

[40] Nat'l Park Serv., *Sulfur Dioxide Effects on Health*, https://www.nps.gov/subjects/air/humanhealth-sulfur.htm (last visited June 15, 2026).

[41] Minn. Pollution Control Agency, *Sulfur Dioxide*, https://www.pca.state.mn.us/pollutants-and-contaminants/sulfur-dioxide (last visited June 15, 2026).

[42] U.S. EPA, *Health and Environmental Effects of Particulate Matter*, https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last visited June 15, 2026).

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL    20
ORGANIZATIONS' AMICUS CURIAE BRIEF

EPA, in particular, has developed robust, well-documented factors that quantify the average avoided human health impacts, and monetized benefit, related to reduced emissions of direct $PM_{2.5}$, ozone, and $PM_{2.5}$ precursors for 21 distinct sectors, including electric generating units, based on air quality modeling and the epidemiological literature.[43] I applied the EPA factors to the earlier-calculated annual and cumulative emissions by pollutant type to convert these tonnage figures into health incidence values and monetized values. I relied on EPA's "Sector-based PM2.5 and Ozone Benefit Per Ton Estimates" for the benefit-per-ton and incidence-per-ton values for $NO_x$ and $SO_2$. And I used EPA's "Report on the Social Cost of Greenhouse Gases: Estimates Incorporating Recent Scientific Advances" for the monetized per-ton cost of $CO_2$.

46.    For $NO_x$ and $SO_2$ emissions, EPA provides both benefit-per-ton (\$ per *short* ton) and incidence-per-ton (actual health effects per short ton) values for reducing $PM_{2.5}$ or ozone formation from electric generating units (EGUs) at the state-level. This includes both low and high values at a 3% or 7% discount rate.[44] I calculated the monetized public health cost, as well

---

[43] U.S. EPA, *Technical Support Document: Estimating the Benefit per Ton of Reducing Directly-Emitted PM2.5, PM2.5 Precursors and Ozone Precursors from 21 Sectors*, 13 (June 2024), https://www.epa.gov/system/files/documents/2024-06/source-apportionment-tsd-2024.pdf.

[44] Discount rates are used to translate impacts expected in the future into a common present value. The Office of Management and Budget (OMB) first advised agencies to use discount rates of 3% and 7% back in 2003. The 3% discount rate reflects a "consumption" rate, or the rate at which society discounts future consumption relative to present consumption. The 7% rate is the "capital" rate representing industry's anticipated rate of return on capital. For analyzing the impact on society (such as on public health and climate costs in the future that will affect society as a whole), it is proper to use the "consumption" rate which reflects how society values these impacts. OMB actually updated its guidance in late 2023 to use a 2% discount rate, rather than 3%, based on updated economic scholarship that suggested society does not discount future impacts as substantially as previously determined, but U.S. EPA's EGU-specific values with a 2% discount rate were not accessible, so the earlier 3% discount rate values were used for this analysis. *See* Hiroshi Matsushima & Max Sarinsky, Inst. for Pol'y Integrity, *Analytical Clarity: How Updated Climate-Damage Values and Discount Rates Will Affect Regulatory Analysis* (Dec. 2023), https://policyintegrity.org/files/publications/How_Updated_Climate-Damage_Values_and_Discount_Rates_Will_Affect_Regulatory_Analysis_Policy_Brief_v2.pdf; OMB Circular: Off. of Mgmt. & Budget, Circular A-4: Regulatory Analysis 33–34 (2003).

.

as premature mortality, emergency room visits, and hospital admissions, using EPA's low and high values with a 3% discount rate based on state-level emission results.

47.     The premature mortality estimate represents the combination of EPA's incidence-per-ton coefficients for "Mortality All Cause" for $PM_{2.5}$-related benefits for $SO_2$ and $NO_x$, as well as "Mortality Respiratory" for ozone-related short-term and long-term benefits for $NO_x$. The emergency room visits and hospital admissions estimate represents the combination of EPA's incidence-per-ton coefficients for "ER Visits All Cardiac Outcomes", "ER Visits Respiratory", "Hospital Admissions All Respiratory", and "Hospital Admissions Cardio- Cerebro- and Peripheral Vascular Disease" for $PM_{2.5}$-related benefits for $SO_2$ and $NO_x$, as well as "ER Visits Respiratory" and "Hospital Admissions All Respiratory" for ozone-related short-term benefits for $NO_x$. The resulting state-specific values were then aggregated to the entire U.S. to represent the nationwide cost of the DoD policy.

48.     As noted above, power plants – especially marginal generators, which typically use coal, gas, or oil – emit both health-harming pollutants like $NO_x$ and $SO_2$, as well as greenhouse gas emissions, namely $CO_2$. Greenhouse gas emissions trap heat in the atmosphere, and are the primary drivers of climate change.[45] The use of and combustion of fossil fuels (coal, gas, and oil), including for power generation, is the largest contributor to global climate change.[46] Greenhouse gas emissions, and their effect on the earth's climate, are linked to changing temperature and precipitation patterns, warming oceans and rising sea levels, more

---

[45] United Nations, *Causes and Effects of Climate Change*, https://www.un.org/en/climatechange/science/causes-effects-climate-change, (last visited June 15, 2026).
[46] *Id.*

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                    22
ORGANIZATIONS' AMICUS CURIAE BRIEF

frequent and intense extreme weather events, and impacts to natural ecosystems that can require species to migrate or alter migration patterns and disrupt existing food webs.[47]

49.    The social cost of carbon reflects the monetary value of (i.e., monetized) harm to society from emitting a ton of greenhouse gases, accounting for the value of future climate change impacts, including changes in agricultural productivity, changes in the frequency and severity of natural disasters, property damage, impact to human health, and the disruption of energy systems, among other impacts.

50.    For $CO_2$ emissions, EPA's report only includes national per-*metric*-ton figures at a 1.5%, 2.0%, or 2.5% discount rate. For this analysis, I used the 2% discount rate value and converted the prior calculated $CO_2$ emission figures from short to metric tons to be consistent with the measurement used in U.S. EPA's social cost of carbon.

### Findings: Monetized Health and Climate Impacts

51.    The monetized cost of the health and climate impacts from DoD's policy are shown in Table 5 below. This represents the estimated monetized cost of the additional power sector emissions that would occur over the next five years due to the delay or loss of wind generation likely affected or to be affected in response to the DoD policy. In total, between 2027 and 2031, the estimated public health cost is between $46.6 and $63.7 billion (2025$). This includes about $33.9 to $47.0 billion in public health costs related to the identified wind projects that are in the permitting process, as well as $12.7 to $16.7 billion in public health costs related to projects in pre-permitting stages. Between 2027 and 2031, the climate-related costs total

---

[47] *Id.*; *see also* Weiskopf et al., *Climate Change Effects on Biodiversity, Ecosystems, Ecosystem Services, And Natural Resource Management in The United States*, 733 Sci. of the Total Env't 137782 (2020).

$106.6 billion (2025$), with about $75.0 billion associated with projects in the permitting process and $31.6 billion associated with projects in pre-permitting stages.

*Table 5. Monetized Public Health and Climate Costs (millions 2025$) of Additional Power Sector Emissions over Next Five Years*

| Measure | Development Stage | 2027 | 2028 | 2029 | 2030 | 2031 | Total |
|---|---|---|---|---|---|---|---|
| Public Health Cost (Low) | Pre-Permitting | $385 | $1,552 | $2,840 | $3,966 | $3,966 | $12,709 |
| | Begun Permitting | $3,375 | $5,799 | $6,765 | $8,901 | $9,083 | $33,923 |
| | **Total** | **$3,760** | **$7,351** | **$9,605** | **$12,866** | **$13,049** | **$46,631** |
| Public Health Cost (High) | Pre-Permitting | $561 | $2,110 | $3,805 | $5,094 | $5,094 | $16,664 |
| | Begun Permitting | $4,753 | $8,292 | $9,624 | $12,050 | $12,274 | $46,993 |
| | **Total** | **$5,314** | **$10,402** | **$13,429** | **$17,144** | **$17,368** | **$63,657** |
| Climate Cost | Pre-Permitting | $1,015 | $4,509 | $8,034 | $8,931 | $9,086 | $31,575 |
| | Begun Permitting | $8,354 | $14,353 | $16,428 | $17,519 | $18,338 | $74,992 |
| | **Total** | **$9,369** | **$18,862** | **$24,462** | **$26,450** | **$27,423** | **$106,566** |

*Note: Column values may not sum to totals because of rounding.*

52.     The estimated, combined public health and climate cost of DoD's policy reaches a cumulative $153.2 to $170.2 billion by the end of 2031. Of this, $108.9 to $122.0 billion is associated with identified projects in the permitting process, while $44.3 to $48.2 billion is associated with identified projects that are still in pre-permitting stages.

53.     The estimated health impacts of DoD's policy are shown in Table 6. Over the next five years, the additional $NO_x$ and $SO_2$ emissions result in an extra 3,606 to 4,900 premature deaths in the U.S. and an additional 7,588 ER visits and hospital admissions. This includes 2,629 to 3,623 premature deaths and 5,565 ER visits and hospital admissions related to the identified wind projects that are in the permitting process. 977 to 1,277 premature deaths and 2,023 ER visits and hospital admissions are related to identified projects in pre-permitting stages.

*Table 6. Public Health Impacts (Incidences) of Additional Power Sector Emissions Over Next Five Years*

| Measure | Development Stage | 2027 | 2028 | 2029 | 2030 | 2031 | Total |
|---|---|---|---|---|---|---|---|
| Premature Mortality (Low) | Pre-Permitting | 32 | 131 | 239 | 287 | 287 | **977** |
| | Begun Permitting | 282 | 482 | 563 | 645 | 658 | **2,629** |
| | **Total** | **314** | **613** | **802** | **932** | **945** | **3,606** |
| Premature Mortality (High) | Pre-Permitting | 46 | 174 | 313 | 372 | 372 | **1,277** |
| | Begun Permitting | 387 | 674 | 783 | 881 | 898 | **3,623** |
| | **Total** | **433** | **847** | **1,096** | **1,253** | **1,270** | **4,900** |
| ER Visits and Hospital Admissions | Pre-Permitting | 64 | 272 | 503 | 592 | 592 | **2,023** |
| | Begun Permitting | 609 | 1,032 | 1,199 | 1,349 | 1,376 | **5,565** |
| | **Total** | **672** | **1,304** | **1,703** | **1,941** | **1,968** | **7,588** |

*Note: Column values may not sum to totals because of rounding.*

### *Conclusion*

54.     I was asked to estimate the near-term impacts of the DoD policy on power sector emissions and the associated environmental and public health costs of these emissions. My analysis finds that around 46,860 MW of planned onshore wind projects in development today are likely to be impacted by the DoD policy, with 30,260 MW currently in the permitting process and therefore already being impacted by DoD's policy and another 16,600 MW in pre-permitting stages and likely to be affected in the near future. These projects were expected to produce around 571,263 GWh of electricity generation over the next five years.

55.     The loss of new wind power due to delays for these likely affected onshore wind projects will result in the power system having to dispatch existing, fossil fuel-fired power generators more to replace this lost generation from onshore wind projects. I estimate that power sector emissions will increase by 414.2 million tons of $CO_2$; 235,611 tons of $SO_2$; and 316,645 tons of $NO_x$ over the next five years due to this lost wind generation. Over the next five years, the monetized public health cost of these delays is estimated to be between $46.6 - $63.7 billion (2025$), with an estimated 3,606 to 4,900 premature deaths and 7,588 ER visits and hospital admissions due to the DoD policy, and a monetized climate cost of $106.6 billion (2025$). In

DECLARATION OF AMANDA LEVIN IN SUPPORT OF ENVIRONMENTAL                          25
ORGANIZATIONS' AMICUS CURIAE BRIEF

total, the combined public health and climate harm from the DoD policy is between $153.2 to $170.2 billion over the next five years. It is likely that the DoD policy will have longer-term impacts on power sector emissions, as substantial delays would likely push online dates for identified projects out past the next five years and also increases the risk of projects cancelling due to permitting issues, though these long-term impacts were not quantified in this analysis.

56.    I declare under penalty of perjury that the foregoing is true and correct.

Signed ___June 18, 2026___, in ___Washington, DC___.


_____
Amanda Levin

# APPENDIX A

**Qualifications of Amanda Marie Levin**
1152 15th St NW, Suite 300
Washington, DC 20005
507-269-0554
alevin@nrdc.org

**CURRENT POSITION**

**Director, Policy Analysis, Natural Resources Defense Council, 2021 − Present**

- Oversee NRDC's policy analysis portfolio for state, regional, and federal clean energy and climate advocacy efforts.

- Manage multi-group efforts to develop, model, and understand the energy, economic, and health impacts of potential future federal administrative and legislative actions.

- Work on the development, testing, and modification of economy-wide and power-sector specific modeling platforms and analytical tools.

- Work with federal policymakers to model and develop legislation and other federal policies. Prepare policy briefs, tools, comments, and presentations to assist with NRDC's or others' advocacy at the federal level.

- Represent NRDC and partner organizations in front of state regulatory and legislative bodies, including utility commissions and environmental/air quality agencies. Submit both written and oral testimony, assist with the development of legal briefs, and serve as an expert resource and witness. Areas of expertise include utility rate design and regulatory process, cost-of-service study development, alternative rate mechanisms, capacity acquisition and resource planning, retail choice, and non-traditional utility regulatory models.

- Publish research and other analyses related to economy-wide decarbonization strategy and clean energy policy, including materials related to building, vehicle, and industrial electrification, industrial efficiency programs and energy management, demand response, carbon regulations and markets, and renewable energy grid integration.

**PRIOR POSITIONS**

**Senior Policy Analyst, Climate & Clean Energy, Natural Resources Defense Council, 2018 - 2021**

- Served as lead analyst for NRDC's Climate & Clean Energy Eastern Advocacy. Developed, conducted, and oversaw energy-related modeling, analysis, and research for NRDC's state advocates in the Northeast, Mid-Atlantic, and Southeast.

**Policy Analyst, Climate & Clean Energy, Natural Resources Defense Council, 2014 - 2018**

**EDUCATION**

**Stanford University**, Stanford, CA

> **MA in Public Policy**, Concentration: Resources, Environment, and Energy
>
> *Relevant coursework:* Natural Resource and Energy Economics; Environmental Economics; Advanced Econometrics; Energy and Environmental Policy Analysis; Introduction to American Law; Environmental Law (through Stanford Law School).
>
> **BA in Public Policy, Minor in Biology,** Concentration: Environmental Policy
>
> *Relevant coursework:* Econometrics; Macroeconomics; Microeconomics; Statistics; Politics and Public Policy; Organizations; Chemistry and Biology core curriculums.

**Continuing Education Programs**

> **Institute of Public Utilities (IPU)** at Michigan State University, *Annual Advanced Regulatory Studies Program: Ratemaking, Accounting, Finance, and Evaluation*, 2019. http://ipu.msu.edu/advanced.
>
> **National Association of Regulatory Utility Commissioners (NARUC)**, *Fundamentals of Utility Law 2025,* 2025. https://www.naruc.org/events/all-events/fundamentals-of-utility-law-2025/.

**PUBLICATIONS**

Iyer, G., et al., (including **Levin, A.).** "A multi-model study to inform the United States' 2035 NDC." *Nature Communications.* January 14, 2025.

Bistline, J., et al., (including **Levin, A.).** "Impacts of EPA's finalized power plant greenhouse gas standards." *Science.* January 9, 2025.

**Levin, A.** Powering Ahead: How Biden Administration Policies are Delivering Cleaner Electricity and Climate Progress. NRDC Issue Brief. August 13, 2024.

**Levin, A.** Clean Electricity in States Across the United States: The Impact of the Inflation Reduction Act and Carbon Pollution Standards on States' Electricity Futures. Set of 4 NRDC Fact Sheets. April 5, 2024.

Bistline, J., et al., (including **Levin, A.).** "Power sector impacts of the Inflation Reduction Act of 2022." *Environmental Research Letters.* November 30, 2023.

Bistline, J., et al., (including **Levin, A.).** "Emissions and Energy System Impacts of the Inflation Reduction Act of 2022." *Science.* June 29, 2023.

Ennis, J. and **Levin, A.** Clean Energy Now for a Safer Climate Future. NRDC Report. April 26, 2023.

Harper, C., Krasnow, S., Stokes, L., Lynch, L. Ricketts, S., **Levin, A.,** Schulman, D., Slyfield, J., and Walsh, C. Powering Toward 100 Percent Clean Power by 2035. Evergreen Collaborative & NRDC Report. January 2023.

**Levin, A** and Ennis, J. Clean Electricity Tax Credits in the Inflation Reduction Act Will Reduce Emissions, Grow Jobs, and Lower Bills. *NRDC Issue Brief*. 2022.

**Levin, A.** Strengthen U.S. Energy Security and Bolster Allies by Shifting to Clean Energy. *NRDC Fact Sheet*. 2022.

**Levin, A.** and Consuegra, J. Clean Electricity Opportunities from Build Back Better. Set of 12 state-level *NRDC Fact Sheets*, including Montana. 2021.

Swanson, T. and **Levin A.** Sailing to Nowhere: Liquefied Natural Gas is Not an Effective Strategy. *NRDC Report R-20-08-A*. 2020.

**Levin, A** and Ptacek, S. NRDC's Eight Annual Energy Report: Slow and Steady Will Not Win the Climate Race. Interactive Web Resource. 2020.

Mui, S. and **Levin, A**. Clearing the Air: The Benefits of the Clean Air Act. *NRDC Issue Brief 20-04-A*. 2020.

**Levin, A**. NRDC's Seventh Annual Energy Report: America's Energy Progress: Dueling Clean and Dirty Infrastructure. *NRDC Report R-19-10-B*. 2019.

**Levin, A** and Cavanagh, R. NRDC's Sixth Annual Energy Report: America's Climate Crossroads: Pushing Clean Energy Higher and Faster. *NRDC Report R-18-10-A*. 2018.

**Levin, A** and Cavanagh, R. NRDC's Fifth Annual Energy Report: America's Clean Energy Revolution. *NRDC Report R-17-09-A*. 2017.

Gowrishankar, V and **Levin, A**. America's Clean Energy Frontier: The Pathway to a Safer Climate Future. *NRDC Report R-16-06-A*. 2017.

Goldstein, D and **Levin, A**. The Strategic Value of SEM in Limiting Climate Pollution. *ACEEE Summer Study on Energy Efficiency in Industry*. 2017.

**Levin, A**, Carlisle, G and Benzak, J. Opportunity Lost: How Rolling Back the Clean Power Plan Hurts America's Economy. *Environmental Entrepreneurs*. 2017.

**Levin, A** and Cavanagh, R. Rehabilitating Retail Markets: Pitfalls and Opportunities. In: *Future of the Utility: Utilities of the Future.* Ed. Sioshansi, F. Menlo Park: Academic Press, 2016.

Williams, S, Gowrishankar, V, and **Levin, A**. Stemming the Tide of Industrial Opt-Outs: A Flexible, Attractive and Effective Option for Utility-Sponsored Industrial Energy Efficiency. *ACEEE Summer Study on Energy Efficiency in Industry*. 2015.

**Levin, A**. Customer Incentives and Potential Customer Savings in Retail Markets: A Texas Case Study. *The Electricity Journal*. 2015; 28(3): 51-64.

Sheikh, P, Stern, C, and **Levin, A**. Overview of Management and Restoration Activities in Lake Tahoe Basin. *Congressional Research Service*, *R43224*. released September 13, 2013.

Sheikh, P, Stern, C, and **Levin, A**. Overview of Management and Restoration Efforts in the Salton Sea. *Congressional Research Service*, *R43211*. released September 5, 2013.

**SELECT EXPERT TESTIMONY AND INVITED TALKS**

Southwestern Public Service, NM PRC Docket No. 25-00066-UT: Testimony concerning the company's proposed request for Certificates of Convenience and Necessity (CCNs) for seven self-build resources, in addition to related requests for exceptions and accreditation related to New Mexico Renewable Energy Act compliance on behalf of the Coalition for Clean Affordable Energy (CCAE), 2026.

NorthWestern Energy (NWE), MT PSC Docket No. 2024.05.023: Testimony concerning the company's application to increase retail electric and natural gas rates, opposing full cost recovery for the Yellowstone County Generating Station and the Company's proposed Reliability Compliance Balancing Account, responding to certain allocation methodologies from intervenors, and other recommendations related to Colstrip Generating Station on behalf of NRDC, NW Energy Coalition (NWEC), Human Resources Council District XI (HRC), and Montana Environmental Information Center (MEIC), 2025.

Environmental Protection Agency (EPA), Policy Forum: Panelist on "Operational Considerations" session at EPA Policy Forum to Address Carbon Dioxide Emissions from Existing Combustion Turbines in the Power Sector, May 2024.

National Association of Regulatory Utility Commissioners (NARUC) Winter Policy Summit: "Modeling the Impacts of EPA's Proposed Power Plant Rules Under Section 111(d) of the Clean Air Act," Invited Presentation at the Committee on Energy Resources and the Environment (ERE) Business Meeting, February 2024.

DTE Energy, Michigan PSC Docket U-21193: Testimony concerning the company's Integrated Resource Plan (IRP), detailing several recommendations to better align the company's proposed course of action with DTE's own corporate climate commitments and existing state and federal policy, on behalf of the Michigan Environmental Council, NRDC, Sierra Club, and Citizens Utility Board of Michigan, 2023.

Electric Power Research Institute (EPRI), ESCA Advisory Meeting Winter 2023: Energy, Environmental, and Climate Policy Analysis: "The Path to Carbon-Free Electricity After the Inflation Reduction Act," presented talk, February 2023.

NWE, MT PSC Docket No. 2022.07.078: Testimony concerning the company's application to increase retail electric and natural gas rates, opposing the adoption of three rate riders for future

investments and the modification to two existing revenue adjustment mechanisms, on behalf of NRDC, NWEC, and HRC, 2023.

Duquesne Power & Light, PA PUC Docket R-2021-3024750: Testimony concerning the company's proposed cost recovery of COVID-19 related non-recurring and extraordinary costs, as well as proposed debt relief programs for residential customers, on behalf of NRDC, 2021.

Southeast Renewable Energy Summit: "North Carolina Carbon Policy," session panelist, April 2021.

"Carbon Accountability Today, Tomorrow and Into the Future": Webinar, April 2021.

NWE, MT PSC Docket No. 2019.12.101(CU4): Testimony concerning a proposed deal between PSE and NorthWestern Energy to transfer ownership of Colstrip Unit 4, on behalf of NRDC, 2020.

Public Service of New Mexico (PNM), NM PRC Case No. 20-00121-UT: Testimony supporting the approval of a decoupling mechanism, with modifications, for PNM, on behalf of the Western Resource Advocates (WRA). 2020.

Virginia Electric and Power Company, Virginia SCC Case No. PUR-2020-00035: Testimony concerning VEPCo's Integrated Resource Plan, evaluating the Company's approach and assumptions for modeling the state's core environmental statue, the Virginia Clean Economy Act, among other things, on behalf of NRDC.

NARUC Summer Policy Summit: "The Role of Natural Gas in the Energy Transition Part 2," session panelist, July 2020.

Puget Sound Energy (PSE), WUTC Docket No. UE-200115: Testimony concerning a proposed deal between PSE and NorthWestern Energy to transfer ownership of Colstrip Unit 4, on behalf of NRDC. 2020.

Avista Energy, WUTC Docket Nos. UE-190334, UG-190335, UE-190222: Testimony supporting the continuation of the Company's decoupling mechanism, with proposed modifications to energy efficiency programs, on behalf of NWEC, 2019.

Ice on Fire (HBO Documentary), DC Premiere: Panelist on the after-movie panel on climate action and politics, Warner Theatre, October 2019.

North Carolina Department of Environmental Quality, Clean Energy Plan Development Process, Facilitated Workshop 5: Presentation to NC Clean Energy Plan stakeholders as part of the "Clean Energy Plan Modeling and Other Collaborative Efforts" dialogue on behalf of NRDC, June 2019.

NWE, MT PSC Docket No. D2018.2.12: Testimony detailing a fixed cost recovery mechanism pilot and accompanying conditions for consideration and approval on behalf of Human Resource Council, District XI, and NRDC, 2019.

Public Service Electric & Gas (PSE&G), BPU Docket GO18101112 & EO121113: Testimony on PSE&G's Clean Energy Filing – Energy Efficiency Plan on behalf of Sierra Club, NJ League of Conservation Voters, Environment New Jersey, NRDC and Environmental Defense Fund (EDF), 2019.

PLMA Load Management Leadership: *39th Conference*: "Beneficial Electrification's Role in Meeting New Load Management Challenges – From Products & Programs to Public Awareness & Market Transformation," session co-moderator, May 2019.

"A Fixed Cost Recovery Mechanism Proposal,": Presentation to the Northwestern Energy Customer Vision Stakeholders Group, Butte, MT, November 2018.

*Electrify Minnesota! The Future is Electric!*: "Stakeholder Dialogue 2: Public Policy," session panelist, November 2018.

Pembina Institute, *2018 Alberta Climate Summit*: "The Future of Natural Gas in a Decarbonizing World," session panelist, September 2018.

"Securing A Clean Energy Future: Just Transition & Equity Considerations": Invited talk hosted by the Climate Calgary Hub, Canadian Association of Physicians for the Environment, Climate Action Network Canada, and the Alberta Wilderness Association, September 2018.

EPRI, *Electrification 2018: International Conference & Expo*: "Country-Level Electrification Analysis," session panelist, August 2018.

PNM, PRC Docket 18-00043-UT: Testimony supporting the approval of a decoupling mechanism and the need for a disincentive removal mechanism for PNM on behalf of the (CCAE, 2018.

PSE&G, BPU Docket ER18010029 & GR18010030: Testimony supporting a Green Enabling Mechanism on behalf of NRDC & EDF, 2018.

Idaho Power, Idaho PUC Case No. IPC-E-I7-13: Testimony opposing Idaho Power's application to create new customer classes for residential and general service customers who have customer-side generation on behalf of the NWEC and Snake River Alliance, 2017-2018.

Stanford University, "When Science is Not Enough: How Leading NGOs are Making Progress on Climate Policy": Panelist on behalf of NRDC, February 2018.

Maryland Office of the Attorney General, Hearing on the Repeal of the Clean Power Plan: Testimony concerning the EPA's proposed repeal of the Clean Power Plan on behalf of the NRDC, January 2018.

PSE, WUTC Docket No. UE-170033 and UG-170034: Testimony supporting the continuation of the Company's decoupling mechanism and in opposition to the company's requested increase to the basic customer charge on behalf of NWEC, Renewable Northwest, and NRDC, 2017.

<u>New York University, Environmental Law Clinic, "Meeting Carbon Reduction Goals – Persuading Different Audiences"</u>: Guest instructor, with co-author Vignesh Gowrishankar, on *America's Clean Energy Frontier: The Pathway to a Safer Climate Future*, November 2017.

<u>Nevada Governor's Office of Energy, Committee on Electric Choice</u>: Presentation to the Technical Working Group on Innovation, Technology, & Renewable Energy, "Renewable Standards: Clean Energy Development & Other Impacts," August 2017.

**OP-EDS**

**Amanda Levin**, "Opinion: Liquefied natural gas is a bridge to nowhere," *Houston Chronicle*, Op-Ed, January 13, 2021.

Miles Farmer and **Amanda Levin**, "Comparing America's grid operators on clean energy progress: PJM is headed for a climate disaster," *Utility Dive*, Op-Ed, July 2, 2019.

**ADVISORY BOARD POSITIONS**

- Member of North Carolina's EO 246 Technical Advisory Group. Involved in the development and review of a North Carolina Deep Decarbonization Pathways Analysis. 2022.
- Member of North Carolina's Clean Energy Plan A-1 Technical Working Group. Involved in the development, review, and publication of the report "Power Sector Carbon Reduction: An Evaluation of Policies for North Carolina," *available at* https://nicholasinstitute.duke.edu/project/north-carolina-power-sector-carbon-policies. 2019 – 2021.
- Member of the Los Angeles Department of Water and Power (LADWP) Strategic Long-Term Resource Plan (SLTRP) Advisory Group. http://www.ladwp.com/SLTRP. 2021.

**ADDITIONAL INFORMATION**

**Skills:** R, STATA, Advanced Excel, ArcGIS, Microsoft Office, Data Analysis. Experience with power sector modeling **(**IPM, ReEDS, AuroraXMP, PROMOD), gas markets modeling (GMM), economy-wide energy modeling (EnergyPATHWAYS+RIO, PATHWAYS, NEMS), economic and jobs modeling (REMI, IMPLAN), Bloomberg Terminal.

**APPENDIX B**

**S&P Global**

# Power Plant Methodology

**Title**
Power Plant Methodology

**Summary**

# Power Plant Methodology

The S&P Capital IQ Pro platform and SNL Energy provide the most useful power plant data to our users by gathering data from multiple sources and assimilating the data into a single, integrated data set that standardizes the information, minimizes confusion, and reduces the time analysts would spend sifting through various filings.

Power plant information is complex, and interpreting reported information about the plants is even more complicated. Power plant data is reported to agencies in many different ways depending on who reports the information, and the size and type of plant. Some regulated power plant data may be found in company filings to the Federal Energy Regulatory Commission (FERC), whereas the Energy Information Administration (EIA) collects data on both regulated and unregulated plants. Certain cooperative utilities file information about their plants with the Rural Utilities Service (RUS). Inconsistencies with filing requirements combined with wide variations in the timing of available data makes the information difficult to use without proper processing, knowledge and tools. SNL Energy takes this information and converts the data into a standardized and usable format.

SNL Energy has developed hundreds of procedures using our technical and industry expertise to tie disparate data into the most accurate, relevant and uniform power plant dataset available. SNL Energy spends more time reviewing and standardizing complex power plant data than any other dataset. In addition to transforming plant data into a consistent form, SNL Energy analysts correct reported power plant data that is sometimes incomplete, inconsistent, out of date, or downright erroneous. SNL Energy also provides estimates for unreported data using rigorous regression analyses followed by top-down audits of the results.

## Power Plant Database

SNL Energy's power plant database includes over 7,000 regulated and unregulated operating power plants owned by investor-owned utilities, public power agencies, municipalities, electric cooperatives, and independent power producers. In addition to covering operating plants, SNL Energy includes plants that are planned, under construction, retired, or terminated. Plant information is gathered from numerous sources, such as government agencies, industry organizations and company sources. In addition, our researchers review news stories daily, and conduct phone interviews with plant managers and project financiers to complete information regarding the latest plant developments. Power plant data is reported in different ways depending on who files the information, to what agency, and on which form. For example, owners of plants (or portions of plants) that fall under FERC's jurisdiction file plant data on the FERC Form 1 by plant owner, that is, only that portion of the plant owned by the owner is reported on the form.

Likewise, companies will generally only report their share of plants on SEC documents and annual reports. Plant operators file information on regulated and unregulated plants to the EIA by plant site and prime mover. Because of these differences in reporting methodology, the data presented on the same plant appear completely different, depending on the source. Instead of simply regurgitating data as it appears in primary source data, SNL Energy takes the time to knit together available data into a single cohesive and useful data set. If we find that a power plant filed one way with the FERC, and another way on their 10K, we take the time to get to the bottom of the discrepancy, and present only that data which is most accurate, consistent, and meaningful.

SNL Energy collects nearly all publicly reported plant data, and boils the data down to a standardized set of fields. Some of the data items we collect, review, and standardize include:

**Capacity Measurements**

Capacity can be measured in several ways and is seen reported by companies, agencies, and other entities in different and sometimes conflicting ways.

B2

One of the most consistent measurements is nameplate capacity. The primary source for the nameplate capacity of plants is the EIA 860 filing. The EIA-860 is filed by the plant operator at the unit level detail. While the FERC Form 1 filing presents a comprehensive set of information about power plants, the FERC Form 1 is only filed by a limited number of power generators and is not necessarily the most accurate source in terms of nameplate capacity. SNL Energy collects nearly all publicly reported plant data, and boils the data down to a standardized set of fields. Some of the data items we collect, review, and standardize include:

Using the EIA 860, SNL Energy aggregates this data from operating unit ratings. In addition to presenting an annual nameplate capacity value, the S&P Capital IQ Pro platform presents current nameplate capacity. This capacity measurement represents the nameplate capacity of the most recent reporting period, plus any units that may have been added or removed since the plant was last reported. The nameplate capacity does not vary with plant performance; it is the capacity rating as stated by the manufacturer. This is the value literally stamped on a unit, and suggests the recommended maximum gross output of the unit.

Operating Capacity is the reported maximum net dependable capacity for which a plant may operate during a year. SNL Energy calculates the operating capacity as the higher of the summer or winter capacity for the plant's units, as reported on the EIA 860. Plant operating capacity may vary by season because operating performance of thermal plants is affected by ambient temperature. SNL Energy uses operating capacity as the basis for capacity factor calculations.

## Plant Ownership

If power plants had only one owner, presenting owner-level data would be easy. However, many plants are owned by several companies, and not all the companies publish ownership percentages or capacities in consistent ways. We extrapolate expense data for the whole plant from the partially reported ownership data.

Since plant owners are generally responsible for filing data on the owned portion of the plant only, the numbers don't always add up when comparing data from different owners as reported on different forms. Occasionally, plants may not account for costs or operating items in direct proportion to their ownership share. In some cases, filers may incorrectly include common expenses or nuclear decommissioning costs that are not valid filing items within the report, throwing off overall totals.

This is why SNL Energy presents reported operating data from regulated owners, and estimates operating costs from the unregulated owners of the same plants. Because owners do not always account for costs in proportion to ownership share, the total operating costs as reported by individual owners is not always in perfect proportion to the ownership share. SNL Energy checks for such inconsistencies, and where possible, adjusts estimates to ensure consistency.

## Unit Level Data

Units are the individual turbines that make up a power plant. One or more units of the same technology define an individual power plant. Where individual ownership data is available, it is used to help determine overall plant ownership percentages and in the calculation of operating data for each ownership share.

Other unit-level data highlights include:

- The ability to quickly identify dual-fuel plants by looking at primary and secondary fuel types
- Month and year of unit commencement and retirement
- Summer and winter net capacity
- Net generation and capacity factor by unit
- Environmental compliance data
- Emissions control technology
- Fossil fuel and nuclear design data

## Heat Rates

Power plant heat rates come from several sources, primarily the FERC Form 1. When heat rates are unreported, we calculate heat rate using reported fuel quantity, fuel quality, and total generation values. In some cases, such as when a plant generates very little power, or reports inexact fuel quantities or qualities, the heat rates may appear too high or too low. We review all plant heat rates that exceed certain expected limits, and adjust the value, or represent the data as NM or not meaningful, as appropriate.

## Estimated Values

SNL Energy estimates unreported data for certain unreported fields. For example, for plants that do not report non-fuel operating and maintenance costs, we take a representative sample of data from similar plants and perform a regression analysis that generates a reasonable cost estimate.

**O&M Cost Breakout**

The S&P Capital IQ Pro platform Support team often receives questions regarding the operational costs and what is included in those costs. SNL Energy refers to the FERC accounts and descriptions for these costs as this is the standard in reporting. Basic information on these accounts and a link to the FERC Uniform System of Accounts can be located at the end of this document.

**Source Filings**

SNL Energy plant data comes from a variety of sources. Annual and periodic forms are the first place we look for plant data, with EIA filings taking priority over FERC Form 1. In addition to collecting form data, our analysts are reviewing news articles and contacting plant operators to collect proposed plant information, and to fill in any gaps or to resolve unusual data.

**Common Source filing Descriptions**

| Form | Who files | Plant data filed | Common Challenges |
|---|---|---|---|
| FERC 1 | Filed by major electric utilities that are subject to the provisions of the Federal Power Act and, in general, exceeds 1 million MWh sales per year. | Annual power plant data by owner. If a filer owns a portion of a plant, they report only that portion of capacity, generation, fuel consumption, and associated costs. | Filers are not always consistent in reporting ownership portion. Some owners will report the entire plant, others will report both their ownership and total plant values – still others will mix up the data. Small plants, typically under 25 MW, are reported but with less detail than the larger plants. |
| EIA 906/923 | Larger plants file the monthly report and all plants above 1 MW file the annual report, which applies to both regulated and unregulated electric power plants. | Monthly and annual generation, fuel consumption, and fuel quality for plants by prime mover. | This dataset provides data for larger power plants on a monthly basis, and all plants above 1 MW on an annual basis. Occasionally, certain months of data are missing from the reported datasets. We complete missing months of generation data by backfilling from known year-end values from Form 1 or Gross Generation reported on the EPA CEMS data. |
| EIA 412 | In general, any municipality or public power entity engaged in generation of at least 150,000 MWh of sales and owns any plant greater than 10 MW | Includes generation, capacity, certain production expenses and plant costs. | This filing was discontinued in 2004. |
| EIA 860 | Unit-level filing of all generating plants with a rating of 1 MW or more. | Detailed attribute-level items | The 860 data is considered the most valid source for nameplate, operating status, and summer/winter capacity values. This data is filed by the plant operator at the unit level, making it the most accurate available. |
| EIA 767/923 | Unit-Level detail of all steam plants with a rating of 10 MW or more. | Detailed plant configuration data. | Arranged by boilers and generators, which must be mapped to individual units. The sum of unit data doesn't always add up to data filed on annual filings. The survey was suspended in 2006 as part of the transition to the 923 survey. |
|  |  |  |  |

B4

| FERC 423 / EIA 423 / EIA 923 | Site-level filing of data of all generating plants with a steam turbine and/or combined cycle capacity of 50 MW or more. | Cost and quality of fuels delivered to electric power plants. | Process of matching data to correct plants is sometimes difficult because this is a site-level filing. There are frequently misplaced decimal points and data reported in the wrong fuel units. |
| CEMS | Unit-Level detail of most fossil-fuel fired units of 25 MW or more. | Continuous emissions monitoring system data collected by EPA | CEMS data is configured in a slightly different manner than other unit-level filings making matching to other datasets difficult. |
| Annual Reports | Companies under SEC jurisdiction. Typically have publicly-traded equity or debt. | Generally, capacity of owned plants and ownership percentage of each. | Capacities filed tend to be inexact, and may include inoperable units or reflect summer/winter, net peak, as well as may not take into account rerated values at a plant, subsequently other reports that are directly filed by the plant operator are typically the most valid source available. However, SNL Energy reviews 10Ks closely to look for changes in ownership and new plant activity. |

## FERC Uniform System of Accounts:

For detailed definitions please see the FERC: Uniform System of Accounts – Electric online at:

http://www.ferc.gov/enforcement/acct-matts/usofa.asp

- Source and breakout of accounts:
- Operation & Maintenance Expense p.411-442
- Chart of Accounts p.411-412
- Steam Generation Accounts 500-515 (p.412-416)
  - Operations 500-509
  - Maintenance 510-515
- Nuclear Generation Accounts 517-532 (p.416-418)
  - Operations 517-525
  - Maintenance 528-532
- Hydraulic Generation Accounts 535-545.1 (p.418-421)
  - Operations 535-540.1
  - Maintenance 541-545.1
- Other Power Generation Accounts 546-554.1 (p.421-422)
  - Operations 546-550.1
  - Maintenance 551-554.1
- Other Power Supply Accounts 555-557 (p.422-423)
- Transmission Expense Accounts 560-574 (p.423-427)
  - Operations 560-567.1
  - Maintenance 568-574
- Distribution Expense Accounts 580-598 (p.427-433)
  - Operations 580-589
  - Maintenance 590-598
- Customer Expense Accounts 901-905 (p.433-434)
  - Operations 901-905
  - Maintenance N/A

B5

- Customer Service & Information Accounts 906-910 (p.434-436)
  - Operations 906-910
  - Maintenance N/A
- Sales Expense Accounts 911-917 (p.436-437)
  - Operations 911-917
  - Maintenance N/A
- Administrative and General Accounts 920-935 (p.437-442)
  - Operations 920-933
  - Maintenance 935

**Related Information**

- Energy Overview

**Article Number**
000032462

**S&P Global**

# Power Plant Profile

**Title**
Power Plant Profile

**Summary**

# Power Plant Profile

This page on the S&P Capital IQ Pro platform contains summary information for both existing and future power plants. SNL Energy's coverage includes all operating power plant units that file with the EIA or are larger than 1 MW, and all power projects (generation or environmental) with units more than 1 MW supplying more than 50% of power generated to the grid.

## Reporting Sources

SNL Energy collects data from various sources including but not limited to: EIA 860, NERC Summer/Winter assessments, EIA 923 (previously EIA 906, EIA 423 and EIA 767), FERC Form 1, Forms 10-K and 10-Q, industry publications, company Web sites and press releases, plus various newspaper and Web site articles.

## Ownership

This section contains the companies who own the power plant. Ownership is assigned at the power plant unit level; this section represents the whole plant ownership for all owners of the facility. The owner is the lowest company in a corporate structure which is owned 100% by the Ultimate Parent. For example: a power plant is owned by Power Corp. of America. Power Corp. of America is 25% owned by East Coast Co., which in turn is owned 100% by East Coast Holdings, and 75% by West Coast Co., which in turn is owned 100% by West Coast Holdings. The owner will list East Coast Co. 25% and West Coast Co. 75%. The owner of some joint ventures may be listed under the joint venture name with the each ultimate parent listed separately.

Operating Capacity Ownership refers to the capacity that is in a state of operation, i.e., not in development. Operation unit-level statuses are operating, out of service, mothballed and retired. Retired units will not be used in the ownership calculation if the other units are operating, out of service or mothballed. If the entire plant is retired, then all retired units are used in the ownership calculation.

Planned Capacity Ownership refers to the capacity that is in a state of development. Development unit-level statuses include announced, early development, advanced development, under construction, postponed and terminated. Terminated units will not be used in the ownership calculation if there are other units in development statuses (announced, early development, advanced development, under construction or postponed). If the entire plant is terminated, then all terminated units are used in the ownership calculation.

## Operator

Where available, the reported operator of the plant is identified. For planned units this is often the 100% owner or the majority owner of a facility.

## Site Information

This section contains details on the various geographical attributes of a power plant. Each power plant unit is assigned to NERC Subregion, ISO, Planning Area and Balancing Authority on a percent of capacity basis. Power purchase agreements, NERC assignments, ownership and interconnections are all considered in the assignment of capacity to each

B7

region. This section lists the total plant-level allocation to each region. Each region listed in NERC Region/Subregion, ISO, Planning Area and Balancing Authority will link to the corresponding region within the Regional Power Market Summary section of the Web site. The interconnected utility links to the corresponding company briefing book for the listed company.

## Plant Description

This section contains various descriptive attributes of each power plant. Attributes include current operating status, current operating/planned/terminated capacity (MW), prime mover or generation technology, primary/secondary and all fuel groups, co-firing, fuel-switching, cogenerator, offshore designation and regulatory status.

The **primary fuel type** is calculated by summing the capacity of the fuel type of all active units (excluding retired or terminated units, unless all units are in one of these statuses) and selecting the fuel type with the highest capacity. Secondary fuel type is the fuel that has the second highest capacity value. Fuel groups are the parent groupings of all listed fuel types. For example, subbituminous coal, bituminous coal, lignite and anthracite are all under the fuel group of coal.

**Co-fired** and **fuel-switching** fields are from the EIA 860 annual filing. Only those plants with one or more units designated as co-firing or fuel-switching will have these fields flagged as "Yes."

**Year first unit in service** is the earliest year an active operating (status is operating, out of service or mothballed) unit was brought online.

**Cogenerator** indicates that the plant also produces another form of usable energy, such as heat or steam, which is used by the plant or sold to a third party.

**Offshore** indicates if the project is built on the shoreline of an ocean or lake.

A **regulatory status** of "regulated" indicates that at least one of a power plant's owners has its rate base regulated by a state Public Utility Commission or municipal rate-setting authority. If any owned portion of the plant is regulated, the entire plant and its units are marked regulated; otherwise, the plant is marked unregulated.

## Recent News & Notes

This section contains articles that reference the power plant.

## Energy Storage

This section, when visible, contains details around energy storage facilities at a power plant. Energy storage is considered an attribute of the power plant and not a separate unit. SNL Energy tracks the size in megawatts of the storage capabilities as well as its current status and online date. For statuses this capability are proposed, operating or terminated. SNL Energy guarantees energy storage coverage on all plants that were first tracked after January 2011.

## Summary Operating Data

This section is displayed when the detailed operating data is available. It contains the most recent annual summary of operating capacity, net generation, heat rate, capacity factor and total production costs.

## Total Plant Investment

This section is displayed when the detailed variables are available. It contains the annual gross construction costs for power plants as reported on the FERC Form 1.

## Unit Details

This section contains a summary of each unit at a power plant. Available items include: unit name, generation technology, technology detail, nameplate, summer and winter capacity, primary fuel type, operating status, online date, cogeneration flag (fossil-fired only) and number of turbines (wind facilities only). From this page, clicking on the unit name will link over to the power plant unit's page.

B8

## Unit Fuel Conversions

This section, when visible, contains details on unit fuel conversions planned at the power plant. Fuel conversions are tracked to the unit level and include conversion status, old primary fuel type, new primary fuel type and online date. If a unit has multiple conversions over the years this section will show each fuel conversion. SNL Energy guarantees unit fuel conversion coverage on all plants that were first tracked after January 2011.

## Project Summary

This section is only available when a power plant has development projects (announced, early development, advance development, under construction, postponed or terminated). Available items include: phase, project type, generation technology, technology breakout, current status, capacity, primary fuel, estimated completion date and estimated project costs. A phase represents a group of units that are scheduled to come online on the same date. Technology breakout provides additional details on new projects like the configuration of combined cycle facilities. From this page, clicking on the phase will link over to the respective project details.

## Power Purchase Agreements

SNL Energy's coverage of power purchase agreements (PPAs) includes those plants first tracked in January 2011 or later and with a unit capacity greater than 100 MW. This section is only displayed when SNL Energy knows of a PPA for the power plant. Available items include: counterparty, contracted capacity, contract start and end dates, and contract term. The counterparty will link back to a Company Profile page. Data may not always be available for all PPAs.

**Related Information**

- [Energy Overview](Energy Overview)

**Article Number**
000032683

B9

**S&P Global**

# Plant Project Details

**Title**
Plant Project Details

**Summary**

# Project Details

This page on the S&P Capital IQ Pro platform provides all of the details on a specified phase of a power plant development. SNL Energy groups all units that are scheduled to come online on the same date as a single phase. At the top of the page there is a drop-down box that allows for the selection of a specific phase. Under the phase name, the S&P Capital IQ Pro platform displays the date that project attributes were last verified. Project attributes include: current status, estimated completion date, capacity and owners.

## Summary

This section contains the key attributes of a development project.

**Project type** specifies if this is a new generation build or an environmental project retrofit.

**Generation technology** and **technology breakout** provide information on the type of generation technology for the project.

**Current status** is the status as of the last verified date. SNL Energy uses the following project status: announced, early development, advanced development, construction begun and completed. When a unit development is publicly announced, SNL Energy initiates coverage. Future units listed only in an interconnect queue are not considered; some additional public announcement or permitting action must be taken to initiate coverage. A project is updated to early development when the permitting process begins. A project is moved to advanced development when two of following five criteria has been achieved: financing in place, power purchase agreement signed, turbines secured, required permits approved, or contractor signed on to the project. A project is updated to construction begun when construction of the units begins; site preparations are not under construction. A project is completed when the units are in commercial operation.

The **primary fuel type** is calculated by summing the capacity of the fuel types of all active units (excluding retired or terminated, unless all units are in one of these statuses) and selecting the fuel type with the highest capacity. Other fuels include all other fuel types specified in the project.

**Estimated completion date** is the month-year the project is reported to become commercially operational.

**New capacity** is the net additional capacity associated with the selected phase.

**Project costs** are the reported estimated cost of the project. If a range is given, SNL Energy tracks the minimum and maximum costs. For reported estimated costs, SNL Energy tracks the date of the latest cost estimate. If costs are not reported, SNL Energy may provide an estimated cost for project where a reasonable industry average cost can be calculated.

## Development Timeline

SNL Energy provides tracking on three event dates. **Phase first tracked** is the month-year that SNL Energy initiated coverage on the selected phase of the project in development. **Construction begun** is the date that construction was initiated; site preparations are not considered in the construction date. **Phase completed** is the date the selected phase of this project went to commercial operation.

B10

## Companies Associated with Project

SNL Energy provides the names of major developers and contractors associated with the project.

## Unit Details

This section summarizes the units associated with this phase of project development. Available details include: unit name, unit project type, generation technology, technology detail, unit nameplate capacity, primary and secondary fuels, current operating status and online date. Unit name links back to the power plant units page. Unit project type specifies if the unit is a new build, rerate or derate. Technology detail includes additional information on the generation technology; not all technologies will have additional attributes.

## Permits

SNL Energy tracks state-level permits for fossil-fired projects whose phase first tracked is January 2011 or later. Available data includes: agency issuing the permit, permit type, current status, approval date and application number, where available.

## Equipment Details

SNL Energy provides coverage of equipment details such as natural gas combustion, wind and hydraulic turbines, solar panels online from 2000 – present or for projects in active development (announced, early development, advance development, construction begun or postponed). Available details include unit name, equipment model number and manufacturer.

## Unit Environmental Controls

SNL Energy provides coverage of environmental controls at fossil-fired units. Available details include: unit name, emission type and emission control type.

## Project Notes

SNL Energy provides additional comments on projects that are important in the analysis of a project. Notes vary in their nature but tend to focus on important legal or interconnection issues.

## Sources

SNL Energy provides a list of key sources used in the research of a project status. The sources are listed in ascending order by date accessed.

**Related Information**

- [Energy Overview](Energy Overview)

**Article Number**
000032681

**S&P Global**

# Definitions for Power Plant Project Development Stages

**Title**
Definitions for Power Plant Project Development Stages

**Summary**

The following are definitions of Power Plant Project Development Stages on the S&P Capital IQ Pro platform:

| | |
|---|---|
| **Announced** | When a unit development is publicly announced, SNL initiates coverageFuture units listed only in an interconnect queue are not considered; some additional public announcement or permitting action must be taken to initiate coverage. |
| **Early Development** | A project is updated to early development when the permitting process begins. |
| **Advanced Development** | A project is moved to advanced development when two of following five criteria has been achieved: financing in place, power purchase agreement signed, turbines secured, required permits approved, or contractor signed on to the project. |
| **Under Construction** | A project is updated to construction begun when construction of the units begins; site preparations are not under construction. Only ground breaking is considered as under construction. |

B12

# Additional Notes:

- A project where the developer reports commercial operations have commenced is marked as **Completed**.
- A project that has been put on hold, but not specified as canceled is marked as **Postponed**.
- Projects that are reported as canceled are marked as **Terminated**.

**More Information**

**Related Information**

**Example**

**Article Number**
000021110

B13

**S&P Global**

# Sources Excluded for Power Plant Content

**Title**
Sources Excluded for Power Plant Content

**Summary**

There are a few sources that are common in the energy industry that SNL Energy does deem reliable for collecting power plant data on the S&P Capital IQ Pro platform. Based on experience and research, these sources often times list projects that are very conceptual and not legitimate projects. Without out a second source, SNL Energy does not add projects solely from the following sources:

- **Interconnection Queues:** An Interconnection Queue is a request by a power plant developer for the ISO to perform a transmission study on the ability of a location to be an appropriate spot for the construction of a power plant and the ability of that plant to provide power throughout the ISO. Many companies add Interconnection Queue requests for projects as placeholders for possible future projects. SNL Energy does not consider "placeholders" to be projects.
- **Request for Proposals (RFP):** An RFP is a solicitation by a utility interested in the procurement of a certain amount of capacity. Many developers propose to fulfill a utility's RFP by submitting project plans, but until a utility selects a winner(s), these projects are not considered legitimate.
- **Integrated Resource Plans (IRP):** An IRP is a comprehensive decision support tool and road map for meeting a company's objective of providing reliable and least-cost electric service to their customers while addressing the substantial risks and uncertainties inherent in the electric utility business. These plans focus on the long term (10 years or longer) and are often times subject to substantial change.
- **ISO Filings:** There are several filings put out by each ISO that contain a list of projects on their radar. Though SNL Energy does audit this data, a project is not based on this source alone. Out-dated data is commonly found in these filings as well as place holder projects that never come to fruition.
- **LexisNexis:** Due to copyright agreements, only the title of an LN article can be provided.

**Please note:** This list is not exhaustive and sources are evaluated on a source-by-source basis.

**More Information**

**Related Information**

**Example**

**Article Number**
000021133