**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| RENEWABLE NORTHWEST, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>PETER B. HEGSETH, et al.,<br><br>*Defendants*. | Case No. 3:26-cv-01092-IM |

### INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | May 7, 2026 Memorandum entitled *Interim Guidance Regarding Compliance with Established Military Aviation and Installation Assurance Siting Clearinghouse Procedures* |
| B | March 9, 2026 Letter from American Clean Power to Assistant Secretary Marks |
| C | April 8, 2026 Letter from Robert E. Thompson to American Clean Power |
| D | Transcript of Preliminary Injunction Oral Ruling, *Empire Leaseholder LLC v. Burgum*, No. 1:26-cv-00004 (D.D.C. Jan. 15, 2026) |
| E | Transcript of Motion Hearing at 52, *Virginia Electric & Power Co. v. U.S. Dep't of the Interior*, No. 2:25-cv-830 (E.D. Va. Jan. 16, 2026) |
| F | Transcript of Preliminary Injunction Hearing at 46, *Revolution Wind, LLC v. Burgum*, No. 1:25-cv-02999-RCL (D.D.C. Jan. 12, 2026) |
| G | Transcript of Motion Hearing at 57, *Vineyard Wind 1, LLC v. U.S. Dep't of the Interior*, No. 26-10156-BEM (D. Mass. Jan. 27, 2026) |
| H | Transcript of Preliminary Injunction Hearing at 64, *Sunrise Wind, LLC v. Burgum*, No. 1:26-cv-00028-RCL (D.D.C. Feb. 2, 2026) |
| I | April 9, 2026 letter from DoD to Pecos County Phase 2 |
| J | Blackman Declaration |
| K | Belote Declaration |
| L | Chupein Declaration |
| M | Doyle Declaration |
| N | Hughes etc. Declaration |

| | |
|---|---|
| O | Chretien Declaration |
| P | Davis Declaration (Horse Thief Wind Project, LLC) |
| Q | Davis Declaration (North Hills Wind Project, LLC) |
| R | Davis Declaration (Prairie Pheonix Wind, LLC) |
| S | Condo Declaration (Nova Clean Energy, LLC) |
| T | Stocker Declaration (Apex Clean Energy Holdings, LLC) |
| U | King Declaration (Las Crestas Wind Energy, LLC) |
| V | Kaplan Declaration (Canisteo Wind Energy LLC) |
| W | Miner Declaration (Towner Wind Energy II LLC) |
| X | Miner Declaration (Crider Valley Wind Energy LLC) |
| Y | Litchfield Declaration (Deuel Harvest Wind Energy South LLC) |
| Z | Litchfield Declaration (Whitetail Wind, LLC) |
| AA | Cure Declaration (Hammerhead Wind Energy LLC) |
| BB | Cure Declaration (Thresher Wind LLC) |
| CC | Cure Declaration (Lazbuddie Wind Energy II LLC) |
| DD | Cure Declaration (Triton Wind Energy LLC) |
| EE | Amended Kaplan Declaration (Ramble Wind Energy LLC) |
| FF | Amended LoTurco Declaration (EDP Renewables North America LLC) |
| GG | LoTurco Declaration (Meadow Lake II Windfarm, LLC) |
| HH | LoTurco Declaration (Big River Wind, LLC) |
| II | LoTurco Declaration (Blackstone Wind Farm II, LLC) |
| JJ | LoTurco Declaration (Blue Canyon V Repower) |