Michael Giaquinto, OSB #:246342
MORGAN LEWIS & BOCKIUS LLP
South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (*pro hac vice pending)*
Douglas Hastings (*pro hac vice pending*)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (*pro hac vice pending*)
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
T: 415-442-1000
ella.gannon@morganlewis.com

*Attorneys for Plaintiffs (except Las Crestas Wind Energy LLC)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RENEWABLE NORTHWEST; ADVANCED POWER ALLIANCE; ALLIANCE FOR CLEAN ENERGY NEW YORK, INC.; CLEAN GRID ALLIANCE; GREEN ENERGY CONSUMERS ALLIANCE; INTERWEST ENERGY ALLIANCE; MAINE RENEWABLE ENERGY ASSOCIATION; RENEW NORTHEAST; SOUTHERN RENEWABLE ENERGY ASSOCIATION; LAS CRESTAS WIND ENERGY, LLC; NOVA CLEAN ENERGY, LLC; APEX CLEAN ENERGY HOLDINGS, LLC; HORSE THIEF WIND PROJECT, LLC; NORTH HILLS WIND PROJECT, LLC; PRAIRIE PHOENIX WIND PROJECT, LLC; CRIDER VALLEY WIND ENERGY LLC; CANISTEO WIND ENERGY LLC; DEUEL HARVEST WIND ENERGY | Case No.: 3:26-cv-01092-IM **NOTICE OF ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

1

**NOTICE OF ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

SOUTH LLC; HAMMERHEAD WIND
ENERGY LLC; LAZBUDDIE WIND
ENERGY II LLC; THRESHER WIND LLC;
TOWNER WIND ENERGY II LLC;
TRITON WIND ENERGY LLC;
WHITETAIL WIND, LLC; RAMBLE WIND
ENERGY LLC; RAIL SPLITTER WIND
FARM II LLC; MEADOW LAKE II
WINDFARM, LLC; BLACKSTONE WIND
FARM II, LLC; BIG RIVER WIND, LLC;
and BLUE CANYON WINDPOWER V LLC,

*Plaintiffs*,

v.

PETER B. HEGSETH, in his official capacity
as Secretary of Defense; DALE R. MARKS,
in his official capacity as
Assistant Secretary of Defense for Energy,
Installations, and Environment; U.S.
DEPARTMENT OF DEFENSE;
DEPARTMENT OF THE AIR FORCE;
DEPARTMENT OF THE ARMY;
DEPARTMENT OF THE NAVY; and
DEPARTMENT OF DEFENSE MILITARY
AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

*Defendants*.

## NOTICE OF ERRATA

Plaintiffs respectfully submit this errata to its First Amended Complaint for Declaratory and Injunctive Relief ("FAC"), which was filed on June 23, 2026, at Docket No. 36, in order to correct an inadvertent scrivener's error. At page eighty-two, the FAC signature block does not reflect counsel for Plaintiff Las Crestas Wind Energy LLC. The signature block should have read:

Darin Sands
OSB No. 106624
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204

2

**NOTICE OF ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF**

Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com

Richard W. Smith (pro hac vice to be filed)
Kathleen Mueller (pro hac vice to be filed)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
T: 202-736-8000
rwsmith@sidley.com
kmueller@sidley.com

*Attorneys for Plaintiff Las Crestas Wind Energy, LLC*

Plaintiffs are concurrently filing a corrected FAC that corrects this mistake and makes no other

changes.

3

**NOTICE OF ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF**

Dated: June 23, 2026

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Michael Giaquinto*
Michael Giaquinto, OSB#: 246342
MORGAN LEWIS & BOCKIUS LLP
South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (*pro hac vice pending*)
Douglas Hastings (*pro hac vice pending*)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (*pro hac vice pending*)
600 Montgomery Street
Suite 2300
T: 415-442-1000
San Francisco, CA 94111-2725
ella.gannon@morganlewis.com

*Attorneys for Plaintiffs (except Las Crestas
Wind Energy LLC)*

4

**NOTICE OF ERRATA TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF**