**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | | |
|---|---|---|
| RENEWABLE NORTHWEST, *et al.*, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 3:26-CV-01092 |
| PETER B. HEGSETH, *et al.*, | § § | |
| Defendants. | § § | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
EXCESS WORDS IN COMBINED MOTION TO DISMISS AND RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Peter B. Hegseth, Dale R. Marks, U.S. Department of Defense, and Department of Defense Military Aviation and Installation Assurance Siting Clearinghouse (hereinafter, "Federal Defendants") respectfully request to file excess words in its forthcoming Combined Motion to Dismiss and Response in Opposition to Plaintiff's Motion for Preliminary Injunction.

Under Local Rule 7-2, "[w]ithout prior Court approval, memoranda . . . may not exceed 11,000 words, or in the alternative, 35 pages." Federal Defendants intend to file a motion to dismiss concurrent with filing its Response in opposition to Plaintiffs' motion for preliminary injunction, which is due Monday, July 6. *See* Dkt. No. 20. While Federal Defendants could move to dismiss separate from its Response to the preliminary injunction motion, thereby securing up to 11,000 words per filing, Federal Defendants believe all parties, and this Court, would benefit from the efficiency and judicial economy of one combined filing

instead of two separate filings.  Federal Defendants anticipate that up to 14,000 words are required for adequate discussion of the issues.

Federal Defendants also in turn request Plaintiffs be permitted up to 14,000 words in their Combined Response and Reply.  Federal Defendants additionally stipulate that with respect to the motion to dismiss component of the forthcoming filing, any Reply by Federal Defendants will be filed by Friday, July 31, 2026—i.e., multiple days ahead of the hearing on the motion for preliminary injunction, which is currently set for Tuesday, August 4, 2026.  The parties both wish to keep the August 4 hearing date.  Counsel for Federal Defendants has conferred with Plaintiffs' counsel, who are unopposed to the relief requested herein.

Dated: July 1, 2026                                   Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Shawn D. Ren
Shawn D. Ren, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th St., N Terrace, Suite 600
Denver, CO 80202
Tel: (202) 598-3141
Fax: (303) 844-1350
E-mail: shawn.ren2@usdoj.gov

*Attorney for Federal Defendants*