**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

RENEWABLE NORTHWEST, et al.;

                *Plaintiffs*,

        v.

PETER B. HEGSETH., et al.,

                *Defendants.*

Case No.: 3:26-cv-01092-IM

**PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION OF THE COURT'S JULY 2, 2026 ORDER**

In response to Defendants' motion to file excess pages, the Court entered a revised briefing schedule. The Court's Order established a July 13, 2026 deadline for Plaintiffs' response to Defendants' motion to dismiss but did not reference the previously established July 20, 2026 deadline for their reply in support of their preliminary injunction motion. To ensure that Plaintiffs comply with the Court's intended briefing schedule and do not inadvertently miss a filing deadline, Plaintiffs respectfully seek confirmation of their understanding that the previously established due date for Plaintiffs' reply remains unchanged.

Accordingly, Plaintiffs respectfully request that the Court provide confirmation that Plaintiffs may file a brief responding to Defendants' motion to dismiss on July 13 and a separate reply brief in support of their motion for preliminary injunction on July 20, with a combined word count of the two briefs not to exceed 14,000 words. Plaintiffs have conferred with Defendants, who indicated they shared Plaintiffs' understanding and do not object to this request for clarification.

Dated: July 2, 2026                      Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*s/      Michael Giaquinto*
Michael Giaquinto, OSB#: 246342
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (admitted pro hac vice)
Douglas Hastings (admitted pro hac vice)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (admitted pro hac vice)
600 Montgomery Street
Suite 2300
T: 415-442-1000
San Francisco, CA 94111-2725
ella.gannon@morganlewis.com

*Attorneys for Plaintiffs other than Las Crestas Wind Energy, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 2, 2026, service of this motion was accomplished via the court's CM/ECF system.

*s/  Michael B. Giaquinto*

Michael B. Giaquinto