WILLIAM TONG
Attorney General for the State of Connecticut
Jill Lacedonia
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5250
Fax: 860-808-5386
Email: Jill.Lacedonia@ct.gov

*Attorneys for the State of Connecticut*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RENEWABLE NORTHWEST, et. al., | |
| Plaintiffs, | |
| | Case No. 3:26-cv-01092-YY |
| STATES OF OREGON, ILLINOIS, NEW YORK, et. al., | |
| Intervenor-Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| PETER B. HEGSETH., in his official capacity as Secretary of Defense; et. al., | |
| Defendants. | |
| . | |

Page 1 -   NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Connecticut in this case.

DATED: July 17, 2026

Respectfully submitted,

*s/ Jill Lacedonia*

WILLIAM TONG
Attorney General for the State of Connecticut
Jill Lacedonia
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5250
Fax: 860-808-5386
Email: Jill.Lacedonia@ct.gov

*Attorney for the State of Connecticut*