Kwame Raoul
Attorney General for the State of Illinois
Molly Mauck
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 312-814-3000
Fax: 312-814-4452
Email: molly.mauck@ilag.gov

*Attorneys for the State of Illinois*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RENEWABLE NORTHWEST, et. al., | |
| Plaintiffs, | |
| | Case No. 3:26-cv-01092-YY |
| STATES OF OREGON, ILLINOIS, NEW YORK, et. al., | |
| Intervenor Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| PETER B. HEGSETH., in his official capacity as Secretary of Defense; et. al., | |
| Defendants. | |

Page 1 -    NOTICE OF APPEARANCE

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned is counsel of record for Plaintiff, State of Illinois, in this case.

DATED: July 20, 2026

Respectfully submitted,

<u>*s/ Molly Mauck*</u>

Kwame Raoul
Attorney General for the State of Illinois
Molly Mauck
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
Telephone: 312-814-3000
Fax: 312-814-4452
Email:  Molly.Mauck@ilag.gov

*Attorneys for the State of Illinois*

Page 2 -   NOTICE OF APPEARANCE