**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| RENEWABLE NORTHWEST, et al. | |
| *Plaintiffs*, | |
| v. | Case No. 3:26-cv-01092-YY |
| PETER B. HEGSETH, et al., | |
| *Defendants*. | |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Belote Declaration (Dare Strategies LLC) |
| B | Blackman Declaration (Westslope Consulting, LLC) |
| C | Chupein Declaration (Dare Strategies LLC) |
| D | Doyle Declaration (Capital Airspace Group) |