Daniel Hutzenbiler, OSB No. 176050
**McKANNA BISHOP JOFFE L.L.P.**
1635 NW Johnson Street
Portland, Oregon 97209
(503) 226-6111
dhutzenbiler@mbjlaw.com

Richard F. Griffin*
**BREDHOFF & KAISER, P.L.L.C.**
805 Fifteenth Street NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
rgriffin@bredhoff.com

* *pro hac vice pending*

*Attorneys for Amici*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| RENEWABLE NORTHWEST; ADVANCED POWER ALLIANCE; ALLIANCE FOR CLEAN ENERGY NEW YORK, INC.; CLEAN GRID ALLIANCE; GREEN ENERGY CONSUMERS ALLIANCE; INTERWEST-ENERGY ALLIANCE; MAINE RENEWABLE ENERGY ASSOCIATION; RENEW NORTHEAST; and SOUTHERN RENEWABLE ENERGY ASSOCIATION, | Case. No. 3:26-cv-01092-YY |
| Plaintiff, | **Motion of State Climate Jobs Coalitions and Iron Workers District Council of the Mid-Atlantic States for Leave to File Brief Amicus Curiae in Support of Plaintiffs' Motion for a Stay or Preliminary Injunction** |
| v. | |
| PETER B. HEGSETH, in his official capacity as Secretary of Defense; DALE R. MARKS, in his official capacity as Assistant Secretary of Defense for Energy, Installations, and Environment; U.S. DEPARTMENT OF DEFENSE; and DEPARTMENT OF DEFENSE MILITARY AVIATION AND INSTALLATION ASSURANCE SITTING CLEARINGHOUSE, | |
| Defendants. | |

**Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on July 28, 2026, proposed Amici's counsel Mr. Griffin emailed counsel for both the Plaintiffs and the Defendants to request consent for the filing of an amicus brief. By return email on July 28, 2026, counsel for all of the Plaintiffs with the exception of separately represented Las Crestas Wind Energy LLC advised that those Plaintiffs consented to the filing; subsequently, counsel for Las Crestas Wind Energy LLC advised that it also consented to the filing. By return email of July 28, 2026, counsel for the Defendants advised that the Defendants would oppose the filing. On July 29, 2026, Mr. Griffin emailed counsel for the proposed Intervenor States to elicit their position on the filing of the amicus brief; by return email, counsel for the States advised that, since the States were not yet a party to the proceeding they took no position on the motion.

Proposed Amici Climate Jobs Oregon ("CJOR"), Climate Jobs Colorado ("CJC"), Texas Climate Jobs Project ("TXCJP"), Climate Jobs Illinois ("CJIL"), Climate Jobs Washington ("CJWA"), Michigan Climate Jobs ("MICJ"), Climate Jobs Massachusetts ("CJMA"), Maine Labor Climate Coalition ("MLCC"), Climate Jobs New York Education Fund ("CJNY") , Union Energy PA, and Iron Workers District Council of the Mid-Atlantic States ("IWDCMA") (collectively, "Amici") move for leave to file an amicus curiae brief in support of Plaintiffs' motion for a stay or preliminary injunction. The proposed amicus curiae brief is attached hereto as **Exhibit A**. In support of the motion, Amici state:

Amici are each a multi-member coalition:

CJOR is a coalition of labor organizations—including the Oregon AFL-CIO, the Oregon Building and Construction Trades Council, and six local unions—working to ensure that the transition to a clean energy future in Oregon is one that centers working people and the communities they live in. Climate Jobs Oregon addresses the needs of working families by providing education, research, and public forums that promote renewable

PAGE 1 – BRIEF AMICUS CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A STAY OR PRELIMINARY INJUNCTION

energy infrastructure and the workforce opportunities emerging within the clean energy economy.

CJC is a union-led organization—with members including the Colorado AFL-CIO, the Colorado Building and Construction Trades Council, and eleven local unions—dedicated to creating an environmentally sustainable and resilient economy powered by strong union jobs. CJC is committed to advancing racial and economic justice while building a future where every Coloradan can thrive.

TXCJP, launched in July 2021, is a coalition of Texas labor unions from across Texas united to fight climate change and reverse income inequality in the country's energy capital. The coalition advocates for long-term solutions to these intertwined crises by pushing state and local lawmakers to tap the state's massive renewable energy potential and create millions of new family-sustaining union jobs.

CJIL is a coalition of labor organizations advocating for a pro-worker, pro-climate agenda in Illinois. CJIL is united around a shared goal of combating climate change while reversing income inequality, with a mission to advocate for a clean energy economy at the scale climate science demands, create good union jobs, and support more equitable communities. The coalition represents hundreds of thousands of Illinois working men and women who are the best trained and skilled to build Illinois' new clean-energy economy from the ground up.

CJWA is a broad and growing coalition of unions—including the Washington State Labor Council, AFL-CIO, the Washington State Building and Construction Trades Council, and eleven other local unions, district councils, and state affiliates—across Washington organizing for a worker-centered clean energy economy.

MICJ is a coalition of labor unions across Michigan dedicated to building a worker-centered clean energy future by advancing good union careers, educating our communities on climate policy, and promoting science-based solutions that ensure economic and environmental justice for all working families. MICJ's vision and mission is to make Michigan a leader in clean energy generation with good-paying union careers, creating strong and vibrant communities, and ensuring our children have safe and healthy spaces to learn and thrive.

CJMA, a tax-exempt 501(c)(3) organization, is a coalition of local labor unions and related economic justice non-profit organizations that collectively represent tens of thousands of workers employed in Massachusetts. CJMA works to advance policy that supports clean energy projects and the workers who build, operate, and maintain them.

MLCC, a fiscally sponsored project of a tax-exempt 501(c)(3) organization, is a coalition of 20 public and private sector unions committed to fighting the twin crises of climate change and economic inequality. MLCC aims to create good Maine jobs, reduce carbon

PAGE 2 – BRIEF AMICUS CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A STAY OR PRELIMINARY INJUNCTION

emissions and economic inequality, and provide a seat at the table for workers and unions in this process.

CJNY, a tax-exempt 501(c)(3) organization, is a coalition of labor unions representing 2.6 million New York working men and women. CJNY is committed to building a clean energy economy at the scale climate science demands, creating good jobs, and supporting equitable communities and a more resilient New York.

Union Energy PA is a Pennsylvania coalition of unions whose mission is to ensure that the transition to a clean energy economy creates high-quality, unionized jobs that provide fair wages, comprehensive benefits, and safe working conditions. Union Energy PA is committed to protecting the environment while fostering economic growth and stability for workers and communities.

IWDCMA is a regional labor organization supporting Iron Workers local unions across Washington D.C., Maryland, Virginia, Delaware, and West Virginia. Headquartered in Fredericksburg, Virginia, it represents union ironworkers engaged in structural, ornamental, and reinforcing ironwork, including ironworkers performing work on both onshore and offshore wind energy projects.

Amici have a strong interest in this case based on their coalition members' years of engagement promoting the development of the wind energy industry as part of the transition to an inclusive economy powered by clean energy. Specifically relevant to this filing, Amici's coalition members have substantial investment in, and have provided, numerous training programs to prepare workers with the necessary skills required to work in the wind energy industry. The coalitions' members are also extremely familiar with the results of their training: workers employed at good jobs, with excellent wages and benefits, in an industry that, up until the Defendants' freeze described in Plaintiffs' Complaint, motion, and supporting documentation, was poised to provide expanded employment opportunities for skilled workers for years to come. Amici's unique wind-energy-industry-training-and-workplace perspective makes them well

PAGE 3 – BRIEF AMICUS CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A STAY OR PRELIMINARY INJUNCTION

qualified to present arguments and perspectives to this Court that the parties alone are not likely to present.

This Court has broad discretion to permit amicus briefing. "While there is no rule addressing the filing of an *amicus* brief in a district court, 'the Ninth Circuit has held that a district court has broad discretion in the appointment of *amicus curiae.*'" *Linthicum v. Wagner*, Case No. 6:23-cv-01624-AA, 2023 WL 8602152, at \*1 (D. Or., Dec. 12, 2023) (emphasis added) (quoting *Mississippi Prods., Inc. v. Cincinnati Ins. Co.*, Case No. 3:20-cv-01711-AC, 2021 WL 5305864, at \*1 (D. Or. Nov. 15, 2021). This case is of great public interest and importance. Years of elaborate preparation, planning, and substantial expenditures have gone into developing and bringing on-line wind energy capability. Amici write to assist the parties and the Court from the viewpoint of coalitions whose members have supported wind energy development as part of a transition to a clean energy economy, and have expended substantial resources developing and implementing training programs to prepare workers for the skilled, high-paying jobs in the industry. Amici's members are also familiar with, and can advise the Court concerning, the efforts of individual workers to learn the necessary skills to work in the industry, the type of good, high-paying jobs with excellent benefits the industry offers, and the negative effect on employment within the industry, and on those trained workers' lives, resulting from the Defendants' actions.

Amici briefing in a case such as this may assist the court "concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Linthicum*, 2023 WL 8602152, at \*1 (quoting *NGV Gaming Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1067 (N.D. Cal. 2005). The issues in this

case do have ramifications beyond the parties directly involved and Amici do have a unique perspective to offer; Amici submit the proposed brief to assist the Court on the issues raised by this case that are of the utmost public interest.

In advance of filing this Motion for Leave, Amici conferred with counsel for the Plaintiffs, the Defendants, and the proposed Intervenor States. The Plaintiffs consented to the filing of the proposed brief, while the Defendants stated they objected to the filing, and the States took no position.

WHEREFORE, Amici respectfully request that the Court grant this motion for leave to file the attached amicus curiae brief in support of Plaintiffs' motion for a stay or preliminary injunction.

Dated: July 31, 2026

Respectfully submitted,

*/s/ Daniel Hutzenbiler*
Daniel Hutzenbiler, OSB No. 176050
McKanna Bishop Joffe L.L.P.
1635 NW Johnson Street
Portland, Oregon 97209
(503) 226-6111
dhutzenbiler@mbjlaw.com

Richard F. Griffin, Jr.*
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Steet NW, Suite 1000
Washington, D.C. 20005
(202) 842-2600
rgriffin@bredhoff.com

*pro hac vice motion pending*

*Attorneys for Amici*

PAGE 5 – BRIEF AMICUS CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A STAY OR PRELIMINARY INJUNCTION