# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

RENEWABLE NORTHWEST; ADVANCED POWER
ALLIANCE; ALLIANCE FOR CLEAN ENERGY
NEW YORK, INC.; CLEAN GRID ALLIANCE;
GREEN ENERGY CONSUMERS ALLIANCE;
INTERWEST ENERGY ALLIANCE; MAINE
RENEWABLE ENERGY ASSOCIATION; RENEW
NORTHEAST; and SOUTHERN RENEWABLE
ENERGY ASSOCIATION,

Plaintiffs,

v.

Case No.: 3:26-cv-01092-YY

PETER B. HEGSETH, in his official capacity as
Secretary of Defense; DALE R. MARKS, in his official
capacity as Assistant Secretary of Defense for Energy,
Installations, and Environment; U.S. DEPARTMENT
OF DEFENSE; and DEPARTMENT OF DEFENSE
MILITARY AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

Defendants.

## DECLARATION OF ANTHONY LEVENDA

## EXECUTIVE DIRECTOR, CLIMATE JOBS OREGON

I, Anthony Levenda, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

### RELEVANT BACKGROUND AND EXPERIENCE

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2. I am the Executive Director of Climate Jobs Oregon (CJOR), a coalition of labor unions with over 300,000 members in total. We are committed to ensuring that Oregon's transition to a clean energy future centers working people and the communities they live in.

PAGE 1 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

3. We work to provide education, research, and public forums that promote renewable energy infrastructure and workforce opportunities that emerge in the clean energy economy. We advocate for bold solutions that create long-term, livable wage union jobs while investing in infrastructure that will secure Oregon's future.

4. Our coalition includes the Oregon AFL-CIO, the Oregon State Building and Construction Trades Council, the International Brotherhood of Electrical Workers (IBEW) Local 48, IBEW Local 125, the International Union of Operating Engineers (IUOE) Local 701, the International Union of Bridge, Structural, Ornamental and Reinforcing Iron Workers (Iron Workers) Local 29, the Laborers International Union of North America (LIUNA) Local 737, and the Sheet Metal Workers Union Local 16.

5. CJOR coalition unions represent workers currently employed in onshore wind projects, and other workers who the onshore wind industry is slated to employ in the near future. Workers represented by our coalition members build and service wind energy projects in Oregon and construct, operate, and maintain other needed infrastructure for wind farm projects.

6. For example, member union Iron Workers Local 29 represents workers who assist in the erection of wind towers, place wind nacelles atop those towers, and assemble the rotors and hubs for wind turbines.

7. As another example, member union LIUNA Local 737 represents workers who do site preparation work on wind farms.

8. Member union IUOE Local 701 represents workers who operate cranes, hoist and place all parts of the wind turbines, from blades to towers and nacelles, and replace bad blades or nacelles when needed.

PAGE 2 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

9. Our member unions have invested many hundreds of thousands of dollars in apprenticeship and training programs to train workers, including on skills specific to the wind industry.

10. In anticipation of working on these planned projects, our members invested in creating a pipeline of skilled workers who could do the work that was expected. It takes time to train workers, so the coalition members cannot simply wait until jobs already exist to begin training. They have to invest in training so workers can be ready and capable to perform the work when it becomes available.

11. For example, Iron Workers Local 29 helps run the Pacific Northwest Ironwork and Employers Joint Apprenticeship and Training Committee, where apprentices go through a four-year training program needed to work on onshore wind energy projects. Of Local 29's roughly 1,200 members, around 90% of them are graduates of the apprenticeship program. In its collective bargaining agreements, Local 29 has negotiated a $1.12/hour contribution for hours worked under its collective bargaining agreements to fund this apprenticeship program.

12. As part of their apprenticeship program, Local 29 members go through green energy training in their second year and onshore and offshore wind turbine training in their fourth year, which provides members with skills specific to wind energy. Local 29 currently has 250 enrolled apprentices who will graduate from their training ready to work on onshore wind projects, but given the uncertainty that the DoD's permitting freeze has created, those apprentices will likely be unable to obtain work on wind energy projects.

PAGE 3 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

13. Coalition member union IBEW Local 48 has been running an apprenticeship program in conjunction with about 200 signatory contractors since 1929, the NECA-IBEW Electrical Training Center (NIETC), to train workers to perform electrical work needed for onshore wind projects. To become a journeyperson electrician, workers require 8,000 hours of training, including around 900 hours in the classroom and 7,100 hours of training on job sites. Presently, Local 48 has 6,000 total members and about 800 apprentices across NW Oregon and SW Washington.

14. Additionally, IUOE Local 701 runs an apprenticeship program in partnership with 113 employers called the Oregon Southwest Washington IUOE Local 701 and Associated General Contractors Joint Apprenticeship and Training Committee. Employers pay $.90 per hour worked by Local 701-represented employees into the fund for its apprenticeship, under Local 701's collective bargaining agreements. Currently, the program has 130 apprentices enrolled, and it typically takes in 20-30 apprentices and graduates out approximately 12 trained workers each year.

15. Local 701's members also have access to the state-of-the-art ITEC national training center of the International Union of Operating Engineers, where they can get trained on how to operate the latest and most sophisticated heavy construction equipment. Local 701 signatory contactors pay $.15 per hour into IUOE International's Training Trust to support its training efforts.

16. LIUNA Local 737 operates an apprenticeship program called the Oregon and Southern Idaho Laborers-Employers Training Trust, in conjunction with 284 employers. Per the Local's collective bargaining agreement, there is $1.15 hourly contribution into this program. There are currently about 200 apprentices in this program.

PAGE 4 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

17. Apprentices are the future of the wind industry and Oregon's energy infrastructure. If projects are not currently running, these apprentices cannot work sufficient hours to meet the requirements for journeyperson status, and will not be able to acquire the necessary skills for the buildout of wind energy projects in the future.

18. The training offered in apprenticeships is necessary to ensure that workers are equipped with the specialized skills and safety training that onshore wind work demands, but they are also very costly. For example, Iron Workers Local 29 purchased a Windmill Rescue Climber Mockup, which is used to train its member workers to perform essential rescue operations on wind turbines. Local 29 also provides safety training related to the operation of lifts for wind turbine work.

19. As another example, member union IUOE Local 701 offers "Heavy Crane" training to the 4,000 workers it represents, as wind projects require workers to operate this larger, more specialized type of crane to perform wind energy project work. This work must be done precisely, accounting for the movement and displacement of weight involved.

20. Additionally, LIUNA Local 737 offers safety classes such as OSHA 10 and first aid/CPR, and other classes including traffic control, forklift, rigging and signaling, and general construction classes, which are essential for its members to work safely and effectively on wind projects.

21. CJOR's members make these kinds of investments in training workers to qualify for wind industry work because this work is ready to deliver hundreds of thousands of hours of skilled work with stable wages, great benefits, and safe working conditions.

22. Workers represented by our coalition member unions have been employed on projects like Wheat Field Wind Power Project in Gilliam County, Golden Hills Wind Farm in

PAGE 5 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

Sherman County, Vanscycle II Wind Repower Project in Umatilla County, and Wheatridge East Wind Project in Morrow and Umatilla Counties. These workers do electrical, construction, machine operating and laboring jobs that the onshore wind industry has brought to Oregon.

23. Many of these projects were done under Project Labor Agreements (PLA), including Wheatridge East and Vanscycle II. A PLA is a type of collective bargaining agreement covering all the work to be done on a large construction project. The PLAs used on these wind projects guarantee for coalition union members stable, good jobs on these projects with safe and dignified working conditions.

24. In addition to these existing projects, our coalition members anticipated additional work constructing wind energy projects such as the Big River Wind Project, Heppner Wind Project, Rattlesnake Road Repower Project, Biglow Canyon Repower Project, Saddle Butte Energy Facility, and Big Horn Wind Farm Repower that were already in the pipeline. Because of the DoD's freeze these projects are not moving forward right now, and these jobs are not coming online.

25. The freeze is already having a significant impact on our coalition unions' ability to have steady work for their members. IUOE Local 701, for example, anticipated having 255-275 workers on these projects.

26. Workers represented by our member unions have spoken about the transformative opportunities provided by work on wind projects. Tiffany Wilkins, who is represented by IUOE Local 701, spoke with pride about being able to point to wind turbines in her community and say "'I helped build that. I was on that project. And my brothers and sisters here were on it with me.' It's the kind of opportunities we need more." Ivan

PAGE 6 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA

Maldonado, represented by LIUNA Local 737, said "Joining a union and learning a trade changes lives. I see it in younger workers everyday." Alex Baumhardt, *New labor coalition hopes to spur job growth to meet Oregon's clean energy targets*, Oregon Capital Chronicle, Jan. 21, 2026, https://oregoncapitalchronicle.com/2026/01/21/new-labor-coalition-hopes-to-spur-job-growth-to-meet-oregons-clean-energy-targets/.

27. The work on onshore wind that our coalition unions' members perform benefits all Oregon residents. This work is crucial for Oregon's efforts to expand the capacity of its electrical grid, which is currently not adequate to support the growing population of the state. Coalition members working in wind are both building out the energy grid right now, and preparing for future buildout with their apprenticeships and other trainings. The interruption that the permitting freeze has brought to wind projects jeopardizes the state's ability to meet its residents' energy needs. Even if new wind projects are greenlit in the future, without the steady pipeline from apprenticeships to job site placements, Oregon will not have enough skilled workers for these future projects.

28. With the freeze in DoD review of onshore wind projects, we have seen workers who, along with our member organizations, have invested time, money, and resources into training for onshore wind work left on the sidelines.

29. For example, the recent downturn in Oregon's overall construction economy has meant that around 1,100 of the 6,000 total workers represented by coalition member union IBEW Local 48 are currently out of work. Many of these members are now having to travel outside of Oregon to find work that matches their skills, and in doing so, are being forced to work for potentially lesser wages and benefits than their counterparts in Oregon.

30. This freeze amounts to an unexpected layoff for affected workers. Because of the freeze, I fear our coalition will lose the momentum we have built in developing the future workforce for the wind industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2026.

Anthony Levenda

Executive Director, Climate Jobs Oregon

PAGE 8 – EXHIBIT B, DECLARATION OF ANTHONY LEVENDA