# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

RENEWABLE NORTHWEST; ADVANCED POWER
ALLIANCE; ALLIANCE FOR CLEAN ENERGY
NEW YORK, INC.; CLEAN GRID ALLIANCE;
GREEN ENERGY CONSUMERS ALLIANCE;
INTERWEST ENERGY ALLIANCE; MAINE
RENEWABLE ENERGY ASSOCIATION; RENEW
NORTHEAST; and SOUTHERN RENEWABLE
ENERGY ASSOCIATION,

               Plaintiffs,

v.                                                            Case No.: 3:26-cv-01092-YY

PETER B. HEGSETH, in his official capacity as
Secretary of Defense; DALE R. MARKS, in his official
capacity as Assistant Secretary of Defense for Energy,
Installations, and Environment; U.S. DEPARTMENT
OF DEFENSE; and DEPARTMENT OF DEFENSE
MILITARY AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

               Defendants.

## DECLARATION OF NATE BERNSTEIN

## EXECUTIVE DIRECTOR, CLIMATE JOBS COLORADO

I, Nate Bernstein, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2. I am the Executive Director of the Colorado Climate Jobs Project (CJC), a union-led 501(c)(3) organization dedicated to creating an environmentally sustainable and resilient economy powered by strong union jobs. We are committed to advancing racial and economic justice while building a future where every Coloradan can thrive.

PAGE 1 – EXHIBIT C, DECLARATION OF NATE BERNSTEIN

3. Our coalition includes the Colorado AFL-CIO, the Colorado Building and Construction Trades Council, Amalgamated Transit Union Local 1001, the International Brotherhood of Electrical Workers (IBEW) Local 12, IBEW Local 68, IBEW Local 111, IBEW Local 113, the International Brotherhood of Teamsters Local 455, the International Union of Operating Engineers (IUOE) Local 9, the Laborers International Union of North America Local 720, the Pipefitters Union Local 208, the Plumbers Union Local 3, and the Sheet Metal Workers Union Local 9. In all, our coalition represents 130,000 workers.

4. Our coalition member unions work to build a clean energy economy across the state of Colorado that works for working people, and advance climate solutions that create good, union jobs in the clean energy sector. Workers in our member unions do work that is crucial for the state to achieve its goal of 100% net reduction in statewide greenhouse gas pollution by 2050.

5. Members of our coalition represent workers currently working in onshore wind projects and other workers who the onshore wind industry is slated to employ in the near future. Our members do work that powers Colorado's energy grid, with wind power being responsible for 29% of the state's total energy generation in 2024.

6. Workers represented by our coalition members build and service wind turbines in Colorado and construct, operate, and maintain other needed infrastructure for wind farm projects.

7. For example, workers represented by our member union IUOE Local 9 assemble and operate the cranes that are used to build wind turbines and perform maintenance work on these turbines.

8. As another example, workers represented by our member unions IBEW Local 111 and Local 113 built the Power Pathways Project in Colorado, a large transmission line to send power generated by renewable energy sources to transmission towers. Local 111 has also built, and continues to build, other transmission lines throughout the state. The buildout of transmission lines impacts developer decisions about where to locate future wind farm projects, because it is efficient to install turbines in close proximity to existing transmission lines. The freeze in wind project permitting may slow or halt transmission and other line projects as well. This would have downstream effects far into the future, as Colorado would have fewer suitable sites available for future wind farm projects, or would face increased costs to operate wind farms that are located far away from transmission lines.

9. Our member organizations have invested hundreds of thousands of dollars to create and run worker training programs for skills applicable to the onshore wind industry.

10. For example, IBEW Local 111 has invested in creating and running the Denver Joint Electrical and Apprenticeship Committee, a training center that offers its members courses that teach skills relevant to work in onshore wind projects, such as Wind Turbine Rescue.

11. Additionally, IBEW Local 111 members are trained at the Mountain State Line Constructors Joint Apprenticeship and Training Committee training center, a facility in which the IBEW International Union has invested. IBEW Local 111 members utilize this center to receive training that prepares them to work on transmission line projects which support wind energy buildout.

PAGE 3 – EXHIBIT C, DECLARATION OF NATE BERNSTEIN

12. In addition to existing wind projects, our coalition members anticipated additional work constructing wind energy projects that had been announced and funded for projects such as Towner Wind Energy II Project in Kiowa County. Because of the DoD's freeze in permitting review, none of these projects are moving forward right now, and none of these jobs are coming online.

13. For example, IBEW Local 111 only brings workers into its apprenticeship programs if it knows that workers who graduate from these programs will have work immediately ready for them to do. The permitting freeze creates uncertainty in the viability of wind projects. As a result, Local 111 will bring fewer students into its apprenticeship programs so that students who graduate their apprenticeship will not be left without work. Even if permitting review resumes at its typical pace in the future, this pause will leave Colorado with fewer skilled workers who would have already gone through the necessary apprenticeship to be ready to work on these projects immediately.

14. These trainings are necessary to ensure that workers are equipped with the specialized skills and safety training that onshore wind work demands, but they are also very costly. For example, our member organizations have spent hundreds of thousands of dollars on all of the training for workers seeking jobs on onshore wind projects.

15. Our members make these kinds of investments in training workers to qualify for wind industry work because this work is ready to deliver thousands of hours of work with great wages and benefits.

16. The effect of this permitting freeze on any local union's training programs will be felt across the country. This is because the impact of our members' investment in training extends beyond the borders of Colorado. For example, IUOE Local 9 has trained

PAGE 4 – EXHIBIT C, DECLARATION OF NATE BERNSTEIN

apprentices who then go on to work on wind project sites in other states across the country.

17. With the freeze in DoD review of onshore wind projects, we have seen workers who, along with our member organizations, have invested time, money, and resources into training for onshore wind work face uncertainty about the future of their careers. Trained workers are not only unable to work in the good jobs that the wind industry promised to bring to Colorado, but are unable to work at all, because these jobs were not replacements for existing jobs, but were additive. Without these projects moving forward, there are simply fewer jobs in Colorado than there would otherwise be, and our trained workers and member organizations are having to bear the costs of the loss.

18. This freeze can amount to an unexpected layoff for affected workers. Many uprooted their lives to travel out of town to receive the training they needed for these jobs, and now these workers do not know if or when they can ever return to these jobs. Our coalition will lose the momentum we have built in developing the workforce for the wind industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2026.

Nate Bernstein

Executive Director, Climate Jobs Colorado

PAGE 5 – EXHIBIT C, DECLARATION OF NATE BERNSTEIN