# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

RENEWABLE NORTHWEST; ADVANCED POWER
ALLIANCE; ALLIANCE FOR CLEAN ENERGY
NEW YORK, INC.; CLEAN GRID ALLIANCE;
GREEN ENERGY CONSUMERS ALLIANCE;
INTERWEST ENERGY ALLIANCE; MAINE
RENEWABLE ENERGY ASSOCIATION; RENEW
NORTHEAST; and SOUTHERN RENEWABLE
ENERGY ASSOCIATION,

        Plaintiffs,

v.

PETER B. HEGSETH, in his official capacity as
Secretary of Defense; DALE R. MARKS, in his official
capacity as Assistant Secretary of Defense for Energy,
Installations, and Environment; U.S. DEPARTMENT
OF DEFENSE; and DEPARTMENT OF DEFENSE
MILITARY AVIATION AND INSTALLATION
ASSURANCE SITING CLEARINGHOUSE,

        Defendants.

Case No.: 3:26-cv-01092-YY

**DECLARATION OF JOSEPH MULLEN DUFFY**

**EXECUTIVE DIRECTOR, CLIMATE JOBS ILLINOIS**

I, Joseph Mullen Duffy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2.  I am the Executive Director of Climate Jobs Illinois (CJIL), a coalition of 14 labor unions that collectively represent nearly 1 million members. We are committed to advocating for pro-worker, pro-climate policies, and we are helping labor lead the way in fighting climate change, creating jobs, and building healthier and fairer communities.

3.  We work to enforce strong labor standards in Illinois including Project Labor Agreements (PLA) on utility-scale wind projects, create workforce development initiatives that will

PAGE 1 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

build a more equitable labor force, and install energy efficient upgrades that save costs and decrease building emissions.

4. Our coalition includes the Illinois AFL-CIO, the Chicago Federation of Labor, the Chicago & Cook County Building & Construction Trades Council, the Mid-America Carpenters Regional Council, the International Association of Heat & Frost Insulators, the Illinois Education Association, the Illinois Federation of Teachers, the International Association of Bridge Structural Ornamental and Reinforcing Iron Workers Union, the International Brotherhood of Electrical Workers State Council, the International Brotherhood of Electrical Workers Local 134, the International Union of Operating Engineers (IUOE) Local 150, the Laborers International Union of North America (LiUNA) Great Lakes Region, LiUNA Midwest Region, and the Illinois Pipe Trades Association.

5. CJIL-affiliated unions represent workers employed in the construction, operations and maintenance of current onshore wind projects, as well as several slated to be built in the near future.

6. In addition to the wind farms themselves, workers represented by CJIL coalition unions also build needed infrastructure to support the construction, operations and maintenance of land-based wind farms.

7. For example, LiUNA's Midwest Region represents 18,000 workers in Illinois who are crucial for the construction of access roads to and from wind project sites. Workers represented by LiUNA Midwest construct and improve roads around project sites capable of supporting trucks and heavy equipment.

PAGE 2 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

8. As another example, workers represented by coalition member union IUOE Local 150 perform loading and transporting turbine components, operating cranes to assemble wind turbines, and maintaining and repairing equipment used in wind projects.

9. Additionally, workers represented by member union Mid-America Carpenters Regional Council work to help build trailers on wind energy job sites, layout the base for excavation, and assemble and place foundation bolts.

10. CJIL affiliated unions have invested many hundreds of thousands of dollars to develop, run and finance the continuing operations of training programs that build a highly skilled and trained workforce capable of building, operating and maintaining onshore wind projects.

11. For example, IUOE Local 150 runs a rigorous Apprenticeship and Skill Improvement Program (ASIP) to train workers on how to safely, accurately, and efficiently use specialized heavy equipment, such as cranes, excavators, and bulldozers, that are necessary to complete projects on the scale of onshore wind farms. ASIP also offers training for heavy equipment repair, construction material inspection, and other construction professions.  Depending on the project outlook, ASIP graduates anywhere from 200 to 300 apprentices each year.  The training provided by ASIP not only maximizes the availability and safety of workers on wind farm projects but also ensures that work done on these projects complies with the strict requirements imposed by contractors, project owners, and state and local regulations.

12. IUOE Local 150 has invested more than $97 million to date in training facilities, instructors, land, equipment, simulators, classrooms, laboratories, and certification programs that prepare workers to perform complex construction work, including utility-

PAGE 3 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

scale energy projects.  This investment helps Local 150 operate the William E. Dugan Training Center, which includes approximately 342,000 square feet of facilities, an indoor training area, nearly 200 pieces of heavy equipment, approximately 30 classrooms, a construction-material testing laboratory, a welding facility, an equipment-simulator laboratory, and an auditorium. The training facility allows members of Local 150 to receive realistic hands-on instruction relevant to wind work under controlled conditions.

13. As another example, LiUNA Midwest operates a 3-year US DOL approved apprenticeship program that currently has nearly 1,100 apprentices in Illinois.  The program trains individuals in the 93 counties outside of Cook County and the collar counties, with one of the affected counties being Knox County where a windfarm has been halted. Wind turbine projects provide very significant opportunities for apprentices to complete their mandatory on-the-job training that is required to graduate this program. LiUNA Midwest has graduated an average of 150 apprentices annually over the last 5 years.

14. Additionally, Mid-America Carpenters and its signatory contractors run the Mid-America Carpenters Regional Council Apprentice & Training Program in several facilities across Illinois. Through this program, workers get trained in skills that are essential to work safely and effectively on wind farms, such as Aerial Lift, Construction Fall Protection, Rigging Certification, and Millwright 16-Hour Health and Safety. Dozens of apprentices graduate from this program each year ready to work on wind projects.

15. Coalition unions make these kinds of investments in training workers to qualify to perform wind industry work because this work is ready to deliver hundreds of thousands

PAGE 4 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

of hours of skilled work with stable wages, great benefits, and safe working conditions. The unions make these investments in reliance upon their understanding, informed by communication with wind energy developers, of how many projects are contracted and planned to be build and the size of these projects.

16. Workers represented by our coalition member unions have been employed on projects like the Top Crop Wind Farm in Livingston, Grundy and LaSalle Counties and the Green River Wind Farm in Lee and Whiteside Counties. They work in electrical, construction, machine operating, and laboring jobs that the onshore wind industry has brought to Illinois.

17. In addition to these existing projects, our coalition members anticipated additional work constructing wind energy projects that had been announced and funded for the Goldrush Apple Wind Project, in Peoria County. We also anticipated jobs with many thousands of hours of work constructing Knox County Wind in Knox County. Because of the DoD's freeze in permitting review, none of these projects are moving forward right now, and none of these jobs are coming online.

18. In fact, the permitting freeze is causing the labor put in by our member unions' workers to go to waste. For example, workers represented by LiUNA Midwest Region had started to build access roads for the Knox County Wind Project. The project's inability to get a permit due to the DoD's freeze meant that workers not only had to halt construction work already underway on these roads, but they also had to go back and rip out the roads that they had already started building.

19. In anticipation of working on these planned projects, our members invested in creating a pipeline of skilled workers who could do the work that was expected. It takes time to

PAGE 5 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

train workers, so the coalition members cannot simply wait until jobs already exist to begin training. They must invest in training so workers can be ready and capable to perform the work when it becomes available. The training, in turn, relies on having projects for apprentices to work on in order for them to meet the on-job training requirement to graduate from apprenticeship.

20. With the unexpected permitting freeze causing many projects to halt or be delayed, this training pipeline is disrupted, and our member unions and the workers who utilize their resources cannot immediately recover the resources that they already invested in anticipation of getting work on these projects. Workers no longer have anticipated work on wind projects ready for them upon graduating their apprenticeship, and apprenticeship programs are forced to reduce the number of new workers who can be trained to perform this work in the future.

21. In Illinois, all utility-scale wind projects our members have worked on have been built under Project Labor Agreements (PLA). These agreements ensure that temporary construction employment provides meaningful career opportunities rather than merely short-term jobs without benefits or recognized training. For the community, PLAs can help guarantee that major energy projects deliver local wages, apprenticeship access, safer construction, predictable project delivery, and a skilled workforce available for future infrastructure needs.

22. When a federally imposed permitting freeze prevents a PLA-covered or anticipated project from moving forward, workers represented by our member unions are deprived of employment and credited apprenticeship hours, contributions supporting health, retirement, and training programs are reduced, and the workforce-development

PAGE 6 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

commitments that unions and contractors made in reliance on the project proceeding through the ordinary permitting process are undermined.

23. With the freeze in DoD review of onshore wind projects, we have seen workers who, along with our member organizations, have invested time, money, and resources into training for onshore wind work left on the sidelines. Trained workers are not only unable to work in the good jobs that the wind industry promised to bring to Illinois, but are unable to work at all, because these jobs were not replacements for existing jobs, but were additive. Without these projects moving forward, there are simple fewer jobs in Illinois than there would otherwise be, and our trained workers and member organizations are having to bear the costs of the loss.

24. This freeze amounts to an unexpected layoff for affected workers. Many uprooted their lives to receive the training they needed for these jobs, and now these workers do not know if or when they can ever return to these jobs. Our coalition will lose the momentum we have built in developing the workforce for the wind industry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2026.

*Joe Duffy*

Joseph Mullen Duffy

Executive Director, Climate Jobs Illinois

PAGE 7 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on July 31, 2026, a true and accurate copy of the foregoing

Brief Amicus Curiae in Support of Plaintiffs' Motion for a Stay or Preliminary Injunction was

caused to be served upon the following individuals via CM/ECF system.

Dated: July 31, 2026

Michael Giaquinto, OSB#: 246342
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (pro hac vice to be filed)
Douglas Hastings (pro hac vice to be filed)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (pro hac vice to be filed)
600 Montgomery Street
Suite 2300
San Francisco, CA 94111-2725
T: 415-442-1000
ella.gannon@morganlewis.com

Richard W. Smith (pro hac vice)
Kathleen Mueller (pro hac vice)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
T: 202-736-8578
rwsmith@sidley.com
kmueller@sidley.com

*Attorneys for Plaintiffs*

Respectfully submitted,
/s/ Daniel Hutzenbiler

Dan Rayfield
Attorney General
Colby Howell, OSB #253434
Senior Assistant Attorney General
Patrick T. Johnson, OSB #260534
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street,
Portland, OR 97201
T: 971-673-1880
AttorneyGeneral@doj.oregon.gov
Colby.howell@doj.oregon.gov
Patrick.t.johnson@doj.oregon.gov

*Attorneys for Intervenor-Plaintiffs*

Dale R. Marks
Assistant Secretary of Defense for Energy,
Installations, and Environment
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000
Department of Defense Military Aviation
and Installation Assurance Siting Clearinghouse
3400 Defense Pentagon, Room 5C646
Washington, DC 20301-3400

PAGE 8 – EXHIBIT D, DECLARATION OF JOSEPH MULLEN DUFFY

Scott E. Bradford
U.S. Attorney for the District of Oregon
Attn: Civil Process Clerk
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Todd Blanche
U.S. Attorney General (Acting)
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*Attorneys for Defendants*