AARON D. FORD
  Attorney General for the State of Nevada
K. Brunetti Ireland
  Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

*Attorneys for the State of Nevada*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RENEWABLE NORTHWEST, et al., <br><br> *Plaintiffs*, <br><br> STATES OF OREGON, ILLINOIS, NEW YORK, et al., <br><br> *Intervenor-Plaintiffs,* <br><br> v. <br><br> PETER B. HEGSETH, in his official capacity as the Secretary of Defense, et al., <br><br><br> *Defendants*. | Case No. 3:26-cv-01092-YY <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for Plaintiff State of Nevada in this case.

DATED: August 7, 2026

Respectfully submitted.

_s/ K. Brunetti Ireland_

AARON D. FORD
  Attorney General for the State of Nevada
K. Brunetti Ireland
  Chief of Special Litigation
Nevada Bar No. 15368
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Telephone: (702) 486-3420
Fax: (702) 486-3768
Email: kireland@ag.nv.gov

_Attorneys for the State of Nevada_