PETER F. NERONHA
Attorney General for the State of Rhode Island
RACHEL REBELLO
Special Assistant Attorney General
Attorney General's Office
150 South Main Street
Providence, Rhode Island 02903
Telephone: 401-274-4400
Fax: 401-222-2995
Email: rrebello@riag.ri.gov

*Attorney for the State of Rhode Island*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| RENEWABLE NORTHWEST, et. al., | |
| Plaintiffs, | |
| | Case No. 3:26-cv-01092-YY |
| STATES OF OREGON, ILLINOIS, NEW YORK, et. al., | |
| **Error! Reference source not found.**s, | NOTICE OF APPEARANCE |
| v. | |
| PETER B. HEGSETH., in his official capacity as Secretary of Defense; et. al., | |
| Defendants. | |
| Defendants | |

Page 1 -    NOTICE OF APPEARANCE

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned is counsel of record for the State of Rhode Island in this case.

DATED: August 11, 2026

Respectfully submitted,

<u>*s/ Rachel Rebello*</u>

PETER F. NEROHNA
Attorney General for the State of Rhode Island
Rachel Rebello
Special Assistant Attorney General
Attorney General's Office
150 South Main Street
Providence, Rhode Island 02903
Telephone: 401-274-4400 ext. (2063)
Fax: 401-222-2995
Email:  rrebello@riag.ri.gov


*Attorney for the State of Rhode Island*