**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | | |
|---|---|---|
| RENEWABLE NORTHWEST, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-01092 |
| | § | |
| PETER B. HEGSETH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FEDERAL DEFENDANTS' RESPONSE TO MOTIONS <u>FOR LEAVE TO
APPEAR AS AMICUS CURIAE</u>**

Three proposed groups of Proposed Amici Curiae previously sought leave to file a brief in support of the then-pending Motion for a Stay or Preliminary Injunction (Dkt. No. 14). *See* Dkt. Nos. 114, 116, 119. The Court having since ruled on the Motion for a Stay or Preliminary Injunction, *see* Dkt. No. 125, any request to file an amicus brief in support of that motion is moot. Federal Defendants do not oppose the filing of amicus briefs at the summary judgment phase, so long as filed with sufficient time for the relevant parties to be able to address the briefs, as appropriate.

Dated: August 13, 2026                          Respectfully submitted,

                                                ADAM R.F. GUSTAFSON
                                                Principal Deputy Assistant Attorney General

                                                */s/ Shawn D. Ren*
                                                Shawn D. Ren, Trial Attorney
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division

1

2

999 18th St., N Terrace, Suite 600
Denver, CO 80202
Tel: (202) 598-3141
Fax: (303) 844-1350
E-mail: shawn.ren2@usdoj.gov


*Attorney for Federal Defendants*