**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| RENEWABLE NORTHWEST, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-01092 |
| | § | |
| PETER B. HEGSETH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Peter B. Hegseth, Dale R. Marks, U.S. Department of Defense, and Department of Defense Military Aviation and Installation Assurance Siting Clearinghouse (hereinafter, "Federal Defendants") respectfully move for a 30-day extension of time (up to and including September 19, 2026) to file their Answer to Plaintiffs' First Amended Complaint, Dkt. No. 36. More time is needed in light of operational constraints and concurrent litigation demands, including other cases and the preliminary injunction order in this case. Counsel for Federal Defendants have conferred with Plaintiffs' counsel. Plaintiffs represented that they are unopposed.

For the foregoing reasons, Federal Defendants respectfully request that the deadline to answer be extended to September 19, 2026.[1]

---

[1] Because September 19, 2026 falls on a Saturday, the deadline would carry to September 21, 2026, by operation of the Federal Rules. *See* Fed. R. Civ. P. 6(a)(1)(C).

Dated: August 17, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Shawn D. Ren*
Shawn D. Ren, Trial Attorney
Texas Bar No. 24132873
U.S. Department of Justice
Environment & Natural Resources Division
999 18th St., N Terrace, Suite 600
Denver, CO 80202
Tel: (202) 598-3141
Fax: (303) 844-1350
E-mail: shawn.ren2@usdoj.gov

*Attorney for Federal Defendants*