Jon A. Mueller (*pro hac vice*)
JMueller@law.umaryland.edu
William Piermattei (*pro hac vice*)
WPiermattei@law.umaryland.edu
Environmental Law Clinic
University of Maryland Carey School of Law
500 W. Baltimore St., Baltimore MD 21201
Tel: 410-706-8157

Jesse A. Buss, OSB No. 122919
Willamette Law Group, PC
411 Fifth Street, Oregon City OR 97045-2224
Tel: 503-656-4884, jesse@WLGpnw.com

Thomas C. Buchele, OSB No. 081560
Earthrise Law Center, Lewis & Clark Law School
10101 S. Terwilliger Blvd., Portland OR 97219-7799
Tel: 503-768-6736, tbuchele@lclark.edu

*Attorneys for Proposed Amici*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RENEWABLE NORTHWEST**, *et al.*,

Plaintiffs,

v.

**PETER B. HEGSETH**, *et al.*

Defendants.

Case No. 3:26-cv-01092-IM

**ENVIRONMENTAL LAW CLINIC PROFESSORS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE***

Federal Defendants say that the clinical professors' motion for leave to appear as *amici curiae* is moot because the Court has already ruled on Plaintiffs' motion for a preliminary injunction. ECF 129 at 1. It isn't moot.

As the clinical professors made clear in their motion for leave to appear as *amici curiae*, that motion, "like their proposed brief, is expansive, and is not limited to the preliminary injunction proceedings. That is, *amici* seek to be helpful to the Court by offering their view of the law as to this case as a whole, not only as to the pending emergency motion." ECF 114 at 5. That includes, but is not limited to, the summary judgment phase of this case. *Id.* (noting that the clinical professors' brief "could apply, too, to future briefing on the merits, such as summary judgment briefing.").

Federal Defendants specifically say that they "do not oppose the filing of amicus briefs at the summary judgment phase so long as filed with sufficient time for the relevant parties to be able to address the briefs." ECF 129 at 1. The clinical professors, therefore, reiterate their request—apparently unopposed—to participate as *amici* and for the Court to accept their brief, which is not limited to the emergency motion phase of this case.

Respectfully submitted this 20th day of August 2026.

*/s/ Jesse A. Buss*
Jesse A. Buss, OSB No. 122919
WILLAMETTE LAW GROUP, PC
411 Fifth Street, Oregon City OR 97045-2224
ph: 503-656-4884, fax: 503-608-4100
jesse@WLGpnw.com

Tom Buchele, OSB No. 081560
EARTHRISE LAW CENTER
tbuchele@lclark.edu

Jon A. Mueller (*pro hac vice*)
JMueller@law.umaryland.edu
William Piermattei (*pro hac vice*)
WPiermattei@law.umaryland.edu
Environmental Law Clinic, University of Maryland
Carey School of Law