**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| RENEWABLE NORTHWEST, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-01092 |
| | § | |
| PETER B. HEGSETH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE FIRST STATUS REPORT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Peter B. Hegseth, Dale R. Marks, U.S. Department of Defense, and Department of Defense Military Aviation and Installation Assurance Siting Clearinghouse (hereinafter, "Federal Defendants") respectfully move for a two-day extension of time (up to and including September 10, 2026) to file their first status report in compliance with this Court's preliminary injunction order, Dkt. No. 125. More time is needed to ensure the requisite inter- and intra-agency coordination, particularly in light of the holiday weekend. Counsel for Federal Defendants attempted to confer with counsel for all plaintiffs around 1PM PT via phone call and email. All plaintiffs are unopposed with the exception of the Intervenor State Plaintiffs, who have not yet responded at the time of this filing. Federal Defendants do not anticipate seeking any further extensions with respect to the first status report.

For the foregoing reasons, Federal Defendants respectfully request that the deadline to submit the first status report be extended from September 8, 2026 to September 10, 2026.

Dated: September 4, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Shawn D. Ren*

Shawn D. Ren, Trial Attorney
Texas Bar No. 24132873
U.S. Department of Justice
Energy & Natural Resources Division
999 18th St., N Terrace, Suite 600
Denver, CO 80202
Tel: (202) 598-3141
Fax: (303) 844-1350
E-mail: shawn.ren2@usdoj.gov

*Attorney for Federal Defendants*