DAN RAYFIELD
Attorney General
COBY HOWELL #253434
Senior Assistant Attorney General
PATRICK T. JOHNSON #260534
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Coby.Howell@doj.oregon.gov
Patrick.T.Johnson@doj.oregon.gov

*Counsel for Intervenor-Plaintiff the State of Oregon*

*Additional Counsel in the Signature Block*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

RENEWABLE NORTHWEST, *et al*.,

Plaintiffs,

STATE OF OREGON, *et al*.,

Intervenor-Plaintiffs,

v.

PETER B. HEGSETH, *et al*.,

DefendantsDefendants.

Case No. 3:26-cv-01092-IM

**SUPPLEMENTAL INFORMATION IN RESPONSE TO DEFENDANTS' FIRST STATUS REPORT**

Intervenor-Plaintiff States respectfully submit this supplemental information for the Court's awareness.

On August 6, 2026, this Court stayed the Department of Defense's (DoD's) review freeze pending final adjudication of the merits in this case. Dkt. No. 125 at 35. After this Court entered the preliminary injunction and Administrative Procedure Act (APA) section 705 stay (Dkt. No. 125) and after DoD submitted its first status report (Dkt. No. 144), the Intervenor-Plaintiffs learned through public reports that the freeze may still be in place. On September 22, 2026, Politico reported that President Donald Trump "would agree to direct the Defense Department to start clearing its queue of long-delayed onshore wind projects" in order to come to a deal with congressional Democrats on a permitting reform bill. *See* Exhibit A (PoliticoPro Article dated September 22, 2026 ("*Trump will green-light wind energy projects to strike permitting deal*."). A subsequent article reported substantially the same, noting that the President had committed, as part of a legislative permitting reform deal, "to ease his administration's blockade on wind projects held up by the Department Defense," including by making "a promise to approve about 30 projects that have a mitigation agreement executed and are just awaiting a countersignature." *See* Exhibit B (PoliticoPro Article dated September 24, 2026 ("*Permitting talks on the brink as frustrations grow*.").

Dated: September 29, 2026

Respectfully submitted,

**DAN RAYFIELD**
Attorney General of Oregon

By: _/s/ Coby Howell_
COBY HOWELL #253434
*Senior Assistant Attorney General*
PATRICK T. JOHNSON #260534
*Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Coby.Howell@doj.oregon.gov
Patrick.T.Johnson@doj.oregon.gov

*Counsel for the State of Oregon*

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ Joanna Brinkman*
CARA HENDRICKSON
*Executive Deputy Attorney General*
JOANNA BRINKMAN
*Complex Litigation Counsel*
CAITLIN KELLY
MOLLY MAUCK
ALICE RIECHERS
*Assistant Attorneys General*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Cara.Hendrickson@ilag.gov
Joanna.Brinkman@ilag.gov
Caitlin.Kelly@ilag.gov
Molly.Mauck@ilag.gov
Alice Riechers@ilag.gov

*Counsel for the State of Illinois*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Matthew Eisenson*
MONICA WAGNER
*Deputy Bureau Chief*
MATTHEW EISENSON
LIBBY DIMENSTEIN
*Assistant Attorneys General*
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-6351
Monica.Wagner@ag.ny.gov

*Counsel for the State of New York*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Mary M. Curtin*
MARY M. CURTIN (SBN 031973)
*Senior Litigation Counsel*
ANDY McCOY (SBN 039783)
*Assistant Attorney General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-3333
Mary.Curtin@azag.gov
Andy.McCoy@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General of California

VANESSA C. MORRISON
Supervising Deputy Attorney General

By: /s/ *Rafael J. Hurtado*
RAFAEL J. HURTADO
KATE HAMMOND
*Deputy Attorneys General*
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel: (619) 321-5780
Fax: (916) 732-7920
Rafael.Hurtado@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Carrie Noteboom*
CARRIE NOTEBOOM (Colo. #52910)
*Assistant Deputy Attorney General*
JESSICA L. LOWREY (Colo. #45158)
*First Assistant Attorney General*
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov
Jessica.Lowrey@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Jill Lacedonia*
Jill Lacedonia
*Assistant Attorney General*
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Jill.Lacedonia@ct.gov
860-808-5250

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ *Vanessa L. Kassab*
IAN R. LISTON
*Director of Impact Litigation*
RALPH K. DURSTEIN III
VANESSA L. KASSAB
*Deputy Attorneys General*
ROBIN L. JACOBS
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**AARON M. FREY**
Attorney General of Maine

By: */s/ Caleb Elwell*
CALEB E. ELWELL
*Assistant Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8545
Caleb.Elwell@Maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ Steven J. Goldstein*
Steven J. Goldstein
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6414
sgoldstein@oag.maryland.gov

*Counsel for the State of Maryland*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: /s/ *Turner Smith*
Turner Smith
*Deputy Chief & Assistant Attorney General*
Nathaniel Haviland-Markowitz
*Assistant Attorney General*
Jon Whitney
*Special Assistant Attorney General*
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200
Turner.Smith@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Lucas Wollenzien*
Lucas Wollenzien
Michael Moody
Neil Giovanatti
*Assistant Attorneys General*
Michigan Department of Attorney General
P.O. Box 30755
Lansing, MI 48909
(517) 335-7627
WollenzienL@michigan.gov
Moodym2@michigan.gov
GiovanattiN@michigan.gov

*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Cat Rios-Keating*
Cat Rios-Keating
*Special Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-7302
Catherine.Rios-Keating@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Rachel Manning*
JESSICA PALMER
*Assistant Attorney General*
RACHEL MANNING
*Deputy Attorney General*
New Jersey Division of Law
25 Market Street, P.O.
Box 093
Trenton, NJ 08625-0093
609-376-2740
Jessica.Palmer@law.njoag.gov
Rachel.Manning@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Thomas Silva*
Thomas Silva
*Honors Attorney*
408 Galisteo Street
Santa Fe, New Mexico 87501
Tel. (505) 681-4894
TSilva@nmdoj.gov

*Counsel for the State of New Mexico*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ Rachel Rebello
RACHEL REBELLO
*Special Assistant Attorney General*
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2063
rrebello@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Yuriy Korol*
YURIY KOROL
*Assistant Attorney General*
Washington Attorney General's Office
Environmental Protection Division
800 5th Ave Ste. 2000 TB-14
Seattle, WA 98104-3188
(206) 717-0096
Yuriy.Korol@atg.wa.gov

*Counsel for the State of Washington*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Lauren Cullum*
LAUREN CULLUM
*Special Assistant Attorney General*
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
lauren.cullum@dc.gov

*Counsel for the District of Columbia*