**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| RENEWABLE NORTHWEST, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-01092 |
| | § | |
| PETER B. HEGSETH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER FOR BRIEFING ON PLAINTIFFS' MOTION TO ENFORCE STAY**

Federal Defendants request that the Court modify the briefing schedule for Plaintiffs' Oct. 20, 2026, Motion to Enforce Stay, Dkt. No. 154, to align the schedule with the default timelines set forth in the District of Oregon's Local Rules. This would make Federal Defendants' response due November 3 and Plaintiffs' reply due two weeks from the date of Federal Defendants' response. *See* L.R. 7-1(e)(1)-(2). Plaintiffs do not oppose the modification, which is supported by good cause, as follows:

1. At the parties' conference regarding Plaintiffs' Motion, neither party expressed a desire for expedited briefing deviating from the default timelines set forth in Local Rule 7-1(e)(1)-(2). Plaintiffs' Motion expressly contemplated proceeding under this default schedule. *See* Dkt. No. 154 at 2 (citing to the default timelines in Local Rule 7-1(e)(1)-(2)). The Court nonetheless issued a scheduling order directing Federal Defendants to respond by Oct. 26, 2026, and Plaintiffs to reply by Oct. 29, 2026. Dkt. No. 156.

2. Plaintiffs' Motion itself is 18 pages long, and attaches a new 60-page declaration. Federal Defendants need more time to reasonably develop a response. This effort requires levels of inter- and intra-agency coordination that Federal Defendants cannot meaningfully achieve in four business days.

3. Furthermore, and reinforcing the prior paragraph, undersigned counsel has had and continues to have numerous other litigation deadlines and professional obligations that conflict with the present scheduling order. Most prominently, the undersigned has been obligated since the beginning of this week, and continues to be obligated throughout the next two-and-a-half weeks, with the taking and defending of Rule 30(b)(6) depositions in another matter, including travel and the preparation demanded by said depositions.

4. Resolution of this case will not be significantly delayed by the requested modification, which is modest and seeks no more than what is provided by this District's Local Rules. Plaintiffs continue to request that this motion be resolved as expeditiously as practicable after the close of briefing, but do not oppose Defendants' request for this modification.

Based on the foregoing, Federal Defendants respectfully request that their deadline to respond to Plaintiffs' Motion be modified to Nov. 3, 2026, and Plaintiffs' reply modified to two weeks from the date of Federal Defendants' response.

Dated: October 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Shawn D. Ren*

Shawn D. Ren, Trial Attorney
Texas Bar No. 24132873
U.S. Department of Justice
Energy & Natural Resources Division
999 18th St., N Terrace, Suite 600
Denver, CO 80202
Tel: (202) 598-3141
Fax: (303) 844-1350
E-mail: shawn.ren2@usdoj.gov

*Attorney for Federal Defendants*