Michael Giaquinto, OSB No. 246342
MORGAN LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (*pro hac vice*)
Douglas Hastings (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (*pro hac vice*)
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
T: 415-442-1000
ella.gannon@morganlewis.com

*Attorneys for Plaintiffs (except Las Crestas Wind Energy, LLC)*

Darin Sands, OSB No. 106624
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
T: +1 503-734-2480
dsands@bradleybernstein.com

Richard W. Smith (*pro hac vice*)
Kathleen Mueller (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
T: 202-736-8000
rwsmith@sidley.com
kmueller@sidley.com

*Attorneys for Plaintiff Las Crestas Wind Energy, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| RENEWABLE NORTHWEST, *et al.*,<br>*Plaintiffs*,<br>v.<br>PETER B. HEGSETH, *et al.*,<br>*Defendants.* | Case No.: 3:26-cv-01092-IM<br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

**<u>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully submit this Unopposed Motion for Extension of Time for Plaintiffs' Reply in Support of Their Motion to Enforce the Stay.

On November 12, 2026, Counsel for Plaintiffs met and conferred with counsel for Defendants pursuant to OR Local Rule 7-1. Counsel indicated that Defendants do not oppose this motion, provided Defendants are afforded a sur-reply brief of not more than 15 pages, to be due 7 days after Plaintiffs' reply, on December 24, 2026.

In support of this Motion, Plaintiffs further state as follows:

1. Under this Court's order, Plaintiffs' Reply in Support of their Motion to Enforce the Stay is due on November 17, 2026. Dkt 159.
2. Since Defendants filed their opposition on November 3, 2026, the Department of Defense ("DoD") countersigned mitigation agreements for certain projects in Category 1. Plaintiffs understand from discussions with Defendants that additional Category 1 agreements may be executed shortly.

3. Given these recent developments, Plaintiffs believe that pursuant to OR Local Rule 16-3, good cause exists for a 30-day extension. The additional time will allow the parties to meet and confer regarding the DoD's ongoing review of wind energy projects, including the status of remaining projects in Category 1 and projects in Categories 2 through 5. The additional time will also permit Plaintiffs to review DoD's next status report. These developments and discussions may provide additional clarity on the issues in the Motion to Enforce and will allow Plaintiffs to address the current factual record in their reply.

4. Plaintiffs have diligently pursued their Motion to Enforce the Court's Stay, including by reviewing DoD's status reports and other communications, monitoring salient developments and corresponding with wind developers regarding the status of their projects, and conferring with Defendants regarding those developments.

5. The requested extension would affect only the briefing schedule for Plaintiffs' Motion to Enforce the Court's Stay.

WHEREFORE, Plaintiffs respectfully request that the Court GRANT this Motion and extend the deadline for Plaintiffs' reply in support of their Motion to Enforce the Court's Stay to December 17, 2026, and set the deadline for Defendants' sur-reply as December 24, 2026.

Dated: November 16, 2026

Respectfully submitted,

*s/ Michael Giaquinto*

Michael Giaquinto, OSB No. 246342
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
T: 213-612-7227
michael.giaquinto@morganlewis.com

Jennifer Trock (*pro hac vice*)
Douglas Hastings (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
T: 202-739-3000
jennifer.trock@morganlewis.com
douglas.hastings@morganlewis.com

Ella Foley Gannon (*pro hac vice*)
600 Montgomery Street
Suite 2300
San Francisco, CA 94111-2725
T: 415-442-1000
ella.gannon@morganlewis.com

*Attorneys for Plaintiffs (except Las Crestas Wind Energy, LLC)*

Darin Sands, OSB No. 106624
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
T: +1 503-734-2480
dsands@bradleybernstein.com

Richard W. Smith (*pro hac vice*)
Kathleen Mueller (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
T: 202-736-8000
rwsmith@sidley.com
kmueller@sidley.com

*Attorneys for Plaintiff Las Crestas Wind Energy, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 16, 2026, a copy of the foregoing was uploaded to the Court's CM/ECF system, which will effectuate service on all registered counsel in this case.

*s/ Michael Giaquinto*

Michael Giaquinto